---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas
(State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Frankie V's Kitchen, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4 6 – 0 5 9 6 1 9 0

4. **Debtor's address**

   **Principal place of business**

   4038 Lemon Ave.
   Number Street

   Suite 103

   Dallas TX 75219
   City State ZIP Code

   Dallas
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website (URL)**

   Frankievskitchen.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Debtor    Frankie V's Kitchen, LLC       Case number (if known)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____/_____/_____ Case number _____
                    MM / DD / YYYY

         District _____ When _____/_____/_____ Case number _____
                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____/_____/_____
                         MM / DD / YYYY

         Case number, if known _____

Debtor    Frankie V's Kitchen, LLC         Case number (if known)_____
       Name

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
           Number      Street

           _____

           City             State    ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Frankie V's Kitchen, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 20 2019
    MM / DD / YYYY

X _____    Steve Solomon
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Office

**18. Signature of attorney**

X _____    Date  05 20 2019
Signature of attorney for debtor    MM / DD / YYYY

Mark Moore
Printed name

Foley Gardere, Foley & Lardner LLP
Firm name

2021 McKinney Ave., Suite 1600
Number    Street

Dallas    TX    75201
City    State    ZIP Code

214-999-3000    mmoore@foley.com
Contact phone    Email address

24074751    TX
Bar number    State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:

Frankie V's Kitchen, LLC

Debtor(s)

§
§
§
§
§

Case No. _____

Chapter _11_

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I - DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the Chapter of Title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I hereby declare under penalty of perjury that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition, lists, statements, and schedules have been filed electronically.

☐ *[Check only if Chapter 7 individual debtor(s) whose debts are primarily consumer debts]*
I am an individual whose debts are primarily consumer debts and who has chosen to file under Chapter 7. I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each Chapter, and choose to proceed under Chapter 7.

☒ *[Check only if debtor is a corporation, partnership or limited liability company]*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: MAY 20, 2019 _____    _____
                        Debtor                        Joint Debtor

### PART II - DECLARATION OF ATTORNEY:

I declare **under penalty of perjury** that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Date: 5/20/2019 _____
                 Attorney for Debtor

*(Revised 1/15/14)*

B2030 (Form 2030) (12/15)

Stephen A. McCartin (TX 13374700)
Mark C. Moore (TX 24074751)
Melina T. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
smccartin@foley.com
mmoore@foley.com
mbales@foley.com

**PROPOSED COUNSEL TO DEBTOR**
**FRANKIE V'S KITCHEN, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FRANKIE V'S KITCHEN, LLC.** | § | **Case No.:** |
| | § | |
| **Debtor.** | § | |
| | § | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept.................................................................... | $ | **$100,000.00** |
| Prior to the filing of this statement I have received ...................................................... | $ | **$96,719.50[1]** |
| Balance Due ..................................................................................................................... | $ | **$3,280.50[2]** |

2. The source of the compensation paid to me was:

   ☒ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor  ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

---

[1] This amount includes $1,717.00 in filing fees.

[2] Retainer held in escrow.

4847-5056-7575.2

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: May 20, 2019                          Respectfully submitted by:

                                             */s/ Mark Moore*
                                             Stephen A. McCartin (TX 13374700)
                                             Mark C. Moore (TX 24074751)
                                             Melina T. Bales (TX 24106851)
                                             **FOLEY GARDERE**
                                             **FOLEY & LARDNER LLP**
                                             2021 McKinney Avenue, Suite 1600
                                             Dallas, TX 75201
                                             Telephone: (214) 999-3000
                                             Facsimile:  (214) 999-4667
                                             smccartin@foley.com
                                             mmoore@foley.com
                                             mbales@foley.com

                                             **PROPOSED COUNSEL TO**
                                             **FRANKIE V'S KITCHEN, LLC**

2

Stephen A. McCartin (TX 13374700)
Mark C. Moore (TX 24074751)
Melina T. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
smccartin@foley.com
mmoore@foley.com
mbales@foley.com

**PROPOSED COUNSEL TO DEBTOR**
**FRANKIE V'S KITCHEN, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| FRANKIE V'S KITCHEN, LLC. | § Case No.: |
| | § |
| Debtor. | § |
| | § |

## LIST OF TOP 20 UNSECURED CREDITORS

Frankie V's Kitchen, LLC ("**FVK**") as debtor and debtor-in-possession in the above-captioned case ("**Chapter 11 Case**") files this list of top 20 unsecured creditors based on its account-payable aging report ran as of May 17, 2019:

| # | Name of Creditor | Name, Telephone number, and email address of creditor contact | Nature of claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim |
|---|---|---|---|---|---|
| 1 | Greg Pearl | 3900 Stonebridge<br>Dallas, TX 75204 | Loan | | $3,200,000.00 |
| 2 | Jackson Opportunity Fund III, L.P. | 3220 West 98th St.<br>Evergreen Park, IL 60805 | Loan | | $661,733.30 |
| 3 | Pearl Ventures | 1200 E. Glen Ave.<br>Peoria Heights, IL 61616 | Loan | | $500,000.00 |

| 4 | Arrow Personnel LLC | PO Box 101004<br>Atlanta, GA 30392 | Vendor | | $490,485.55 |
|---|---|---|---|---|---|
| 5 | Jackson Blvd. Equities, L.P. | 3220 West 98th St.<br>Evergreen Park, IL 60805 | Loan | | $300,000.00 |
| 6 | TUCS Equipment, Inc. | 755 County Rd. 18 S<br>Princeton, MN 55371 | Vendor | Disputed | $289,359.29 |
| 7 | Lee William McNutt IV Trust | 401 W. 7th Ave.<br>Corsicana, TX 75110 | Loan | | $200,000.00 |
| 8 | Thomas Max Nygaard McNutt IV Trust | 401 W. 7th Ave.<br>Corsicana, TX 75110 | Loan | | $200,000.00 |
| 9 | Dianna Betts | 3401 Lee Parkway<br>Suite 703<br>Dallas, TX 75219 | Loan | | $155,456.99 |
| 10 | Liberty Carton Co. | 5100 Glenview Dr.<br>Haltom City, TX 76117<br><br>Collin Hall<br>Collinhall@libertycartontx.com | Vendor | | $108,555.80 |
| 11 | Echo Global Logistics Inc. | 22168 Network Pl.<br>Chicago, IL 60673 | Vendor | | $106,491.10 |
| 12 | Southcoast Produce | PO Box 150187<br>Dallas, TX 75315<br><br>Amie Perez<br>Arnulfo@ southcoastproduceinc.com | Vendor | | $104,131.90 |
| 13 | Belt Power | PO Box 306103<br>Nashville, TN 37230 | Vendor | | $78,861.87 |
| 14 | REF Leasing Co. | 245 E North Ave.<br>Carol Stream, IL 60188<br><br>Tami Frain<br>tami@frain.com | Vendor | | $71,176.00 |
| 15 | Bizerba | 1804 Fashion Ct.<br>Joppa, MD 21805 | Vendor | | $64,106.68 |

| | | Pedro Garza<br>Pedro.garza@bizerba.com | | | |
|---|---|---|---|---|---|
| 16 | Riviera Finance | PO Box 202485<br>Dallas, TX 75320 | Vendor | | $62,281.69 |
| 17 | IPL, Inc. | 20 Rue Boyd<br>Edmundston, NB E3V 454, Canada<br><br>Daisy Lapointe<br>Daisy.lapointe@ipl-plastics.com | Vendor | | $58,314.77 |
| 18 | Shoppas Material Handling, Ltd. | 5445 Blue Mound Rd<br>Fort Worth, TX 76106 | Vendor | | $54,530.18 |
| 19 | All American Containers of Texas | 14332 Gillis Rd.<br>Dallas, TX 75244<br><br>Loren Patridge<br>lpatridge@americancontainers.com | Vendor | | $53,991.67 |
| 20 | C.H. Robinson Company | PO Box 9121<br>Minneapolis, MN 55480 | Vendor | | $52,441.48 |

All American Containers of Texas
14332 Gillis Rd
Dallas, TX 75244


Americert Int'l fka OIA North Am
2603 NW 19th St.
Ste. 228
Gainesville, FL 32609


Atmos Energy
PO Box 790311
St. Louis, MO 63179


Best Restaurant Solutions
335 Willow Wood St.
Murphy, TX 75094


Budget Truck Rental
16449 Collections Center Dr.
Chicago, IL 60693


C. H. Robinson Company
PO Box 9121
Minneapolis, MN 55480


Chesapeake Spice Company, LLC
4613 Mercedes Dr
Belcamp, MD 21017


DAC Labels, Inc.
10491 Brockwood Rd.
Dallas, TX 75238


Elmar Industries
200 Gould Ave
Depew, NY 14043

First Choice Ingredients
N112 W19528 Mequon Rd
Germantown, WI 53022


Element Water Solutions
1243 Camelot Dr
Charleston, SC 29407


Frain Industries, Inc.
245 E. North Ave
Carol Stream, IL 60188


Gilmore Produce
2407 K Street
Dallas, TX 75215


Florida Bulk Sales, Inc
1126 Kyle Wood Lane
Brandon, FL 33511


Fresh Produce Inc
2525 Logan St
Dallas, TX 75215


Grant Industries
125 Main Avenue
Elmwood Park, NJ 07407


Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258


Hiland Dairy
PO Box 842125
Kansas City, MO 64184

IPL Inc.
20 Rue Boyd
Edmundston, NB E3V 4H4
Canada


Jackson Boulevard Equities L.P.
3220 W 98th St.
Ste. 201
Evergreen Park, IL 60805


JM Swank
PO Box 206905
Dallas, TX 75320


Kaylee Murray
8849 Par Five Dr.
Crandall, TX 75114


Kronen Corp.
4174 Commercial Ave
Madison, WI 53714


Leslie's Organics, LLC
298 Miller Ave
Mill Valley, CA 94941


Lonestar Forklift
4213 Forest Lane
Garland, TX 75042


Maverick Construction
1613 Meadow Crest Lane
Mansfield, TX 76063


Monnit
3400 S. West Temple
Salt Lake City, UT 84115

Murray Mechanical
PO Box 954
Seagoville, TX 75159


Pallet Repair Services
1012 W Wintergreen Rd
Hutchins, TX 75141


Patagonia Foods
PO Box 4360
San Luis Obispo, CA 93403


S.O.T. Abrasives and Equipment
10750 Metric Drive
Dallas, TX 75238


Loma Systems
39425 Treasury Center
Chicago, IL 60694


Marburg Industries Inc
1207 Activity Dr.
Vista, CA 92081


Sanitation and Janitorial Services
11206 Cotillion Dr.
Dallas, TX 75228


Van Drunen Farms
300 W 6th Street
Momence, IL 60954


Southwest Idealease
3722 Irving Blvd
Irving, TX 75247

Sunrise Mexican Foods
10310 Zodiac Ln
Dallas, TX 75229


Whole Spice Inc.
1364 North McDowell Blvd
Petaluma, CA 94954


Haynes and Boone LLP
PO Box 841399
Dallas, TX 75284


TRI AIR TESTING INC
9063 Bee Caves Rd
Atin, TX 78733


US Department of Agriculture
PO Box 979001
St. Louis, MO 63197


Ward Packaging Inc
2848 Cullen St
Fort Worth, TX 76107


BIO SPRINGER NA, INC
7475 West Main St
Milwaukee, WI 53214


Adriana Tovar
6704 Symphony Ln.
Dallas, TX 75227


Alexander Simmons
1343 Cedar Oaks
Dallas, TX 75216

Adriana Chavez
2604 Fonville Dr.
Dallas, TX 75227


Anya Ogbeyalu
805 Raintree Ln.
DeSoto, TX 75115


Homero Contreras Jr.
214 NE 28th St.
Grand Prairie, TX 75050


John A Seitz
2661 Carrington Ln
Grand Prairie, TX 75052


Katherine Denise Squires
1101 Corbitt Ln.
Fate, TX 75189


Mayra Contreras
202 SE Dallas St.
Grand Prairie, TX 75051


Suiris Rojas
1206 High Valley Drive
Garland, TX 75041


Tomas Mendiola
2660 Verondah Ln.
Arlington, TX 76006


REF Leasing Co.
245 E. North Ave.
Carol Stream, IL 60188

Ace Mart Restaurant Supply
3201 Belt Line Road
Garland, TX 75044


Allied Electronics And Automation
7151 Jack Newell Blvd S
Fort Worth, TX 76118


Analytical Food Laboratories
860 Green View Dr
Grand Prairie, TX 75050


B2 Contracting, LLC
5676 FM 69 N
Dike, TX 75437


Billy Perry
300 N. Taylor St
Gladewater, TX 75647


Buckeye Business Products
PO Box 392340
Cleveland, OH 44193


Charles Ross & Son Company
710 Old Willets Path
Hauppauge, NY 11788


Community Coffee
PO Box 679510
Dallas, TX 75267


Consolidated Electrical Distributors
11560 Hilguard Rd
Dallas, TX 75243

DIGI International Inc
11001 Bren Road East
Minnetonka, MN 55343


Domino Amjet, Inc.
1290 Lakeside Dr.
Gurnee, IL 60031


Echo Global Logistics Inc.
22168 Network Place
Chicago, IL 60673


Elliott Electric Supply
PO Box 206524
Dallas, TX 75320


Eriez Manufacturing
2200 Asbury Rd.
Erie, PA 16506


FedEx Office
PO Box 660481
Dallas, TX 75266


Gillco Products Inc
1701 La Costa Meadows Dr.
San Marcos, CA 92078


Grainger
PO Box 419267
Kansas City, MO 64141


Hatfield and Company
PO Box 910862
Dallas, TX 75391

Integrity Integration Resources
PO Box 732291
Dallas, TX 75373


Intralox
PO Box 730367
Dallas, TX 75373


J.B. Hunt Transport
PO Box 847977
Dallas, TX 75284


Kimbrough Fire Extinguisher Co.
PO Box 13296
Arlington, TX 76094


La Tourangelle
125 University Ave
Berkley, CA 94710


Lipman Produce
11990 Shiloh Rd
Dallas, TX 75228


Mankind, Inc.
1335 Twin Knoll Dr
Murphy, TX 75095


Middleby Cooking Systems Group
PO Box 96031
Chicago, IL 60693


Mizkan, Inc.
27772 Network Place
Chicago, IL 60673

Nogales Produce Inc.
8220 Forney Rd
Dallas, TX 75227


NT Scales
2727 N. Hwy 175
Seagoville, TX 75159


Periship LLC
265 East Main St
Brandford, CT 06405


Recruiter Exchange Inc.
PO Box 671421
Dallas, TX 75267


Robert Heath Trucking Inc.
PO Box 2491
Lubbock, TX 79408


Riley's
1804 Harwood St.
Dallas, TX 75215


Schneider National, Inc.
PO Box 841831
Dallas, TX 75284


Smurfit Kappa Bates LLC
PO Box 660367
Dallas, TX 75266


SPX Flow, LLC
135 Mt. Read Blvd
Rochester, NY 14611

Sysco North Texas
800 Trinity Drive
Lewisville, TX 75056


Taylor Valdez
7310 Wailing Lane
Dallas, TX 75231


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263


UT Southwestern Medical Center
PO Box 845347
Dallas, TX 75284


Weber Flavors
549 Palwaukee Dr
Wheeling, IL 60090


W.W. Cannon, Inc.
PO Box 54006
Dallas, TX 75220


Axis Surplus Lines
11680 Great Oaks Way
Ste. 500
Alpharetta, GA 30022


Bank Direct Capital Finance
150 North Field Drive
Ste. 190
Lake Forest, IL 60045


Adrian Ramos Lozano
9750 Royal Lane
Dallas, TX 75231

Cynthia Kraus
2923 Shorewood Dr.
Dallas, TX 75228


Gloria D Rojas
2715 Myopia Ct.
Dallas, TX 75253


Jose Margarito Barrera
3229 Cheryl Ln
Fort Worth, TX 76117


Juan Martinez
918 NE 33rd St.
Grand Prairie, TX 75050


Mari Jesus Martinez
9701 W. Ferris Branch
Dallas, TX 75243


Stephanie Elaine Windschitl
2426 Heathercrest Dr.
Arlington, TX 76018


Terrence Maguel Oliver
5302 Smithfeild CT.
Sasche, TX 75048


Yadira Leos
526 W. Fifth St
Lancaster, TX 75146


Victoriano Hernandez
906 Curtis Dr.
Garland, TX 75040

A&B Ingredients
24 Spielman Rd
Fairfield, NJ 07044


All-Fill, Inc.
418 Creamery Way
Exton, PA 19341


American Steam Inc.
49 Steel Rd
Wylie, TX 75098


Automation Direct
PO Box 402417
Atlanta, GA 30384


Bill Solomon
PO Box 192445
Dallas, TX 75219


Bruce Pac
380 S. Pacific Hwy 99 E
Woodburn, OR 97071


Caudill Sprouting
1402 Suite B.
Louisville, KY 40203


Cintas
PO Box 650838
Dallas, TX 75265


Container & Packaging Supply
1345 East State Street
Eagle, ID 83616

Dallas Police Alarm Permit Compliance
PO Box 840186
Dallas, TX 75284


Direct Energy Business
PO Box 660749
Dallas, TX 75266


Eatem Foods
1829 Gallagher Dr
Vineland, NJ 08360


Elite Spice
7151 Montevideo Rd
Jessup, MD 20794


Fastec Services
750 Circle Drive
Travelers Rest, SC 29690


Cascade Fruit Marketing dba FoodGuys
10075 SW Commerce Circle
Suite D
Wilsonville, OR 97070


Frozen Food Express
PO Box 847576
Dallas, TX 45284


Global Industrial
11 Harbor Park Dr.
Port Washington, NY 11050


Hardie's
1005 N Cockrell Hill Rd
Dallas, TX 75211

IDF Int'l Dehydrated Foods, Inc.
PO Box 10347
Springfield, MO 65808


Jackson Opportunity Fund III
3220 W 98th St.
Ste. 201
Evergreen Park, IL 60805


J.P. Morgan Chase
9634 Audelia Rd
Dallas, TX 75238


K&S Cutlery and More LLC
4416 Buckeye Street
Fort Worth, TX 76137


Liberty Carton Co.
5100 Glenview Dr.
Haltom City, TX 76117


Louisiana Specialty Products, Inc.
4416 Lindtrail Dr.
New Iberia, LA 70560


McMaster Carr
PO Box 7690
Chicago, IL 60680


EMD Millipore Sigma
400 Summit Drive
Burlington, MA 01803


Wilk and Associates
150 Yorkshire Dr.
Heath, TX 75032


4838-8823-3623.1

Olam SVI
205 East River Park
Fresno, CA 93720


Peppers Unlimited of Louisiana, Inc
602 West Bridge St
St. Martinville, LA 70582


Purvis Industries
PO Box 54057
Dallas, TX 75354


Reliant
PO Box 650475
Dallas, TX 75265


Richardson ISD Tax Office
420 S. Greeville Ave.
Richardson, TX 75081


Smurfit Kappa Bates Specialty
6433 Davis Blvd
North Richland Hills, TX 76182


Southcoast Produce
PO Box 150187
Dallas, TX 75315


Supplyworks
PO Box 844727
Dallas, TX 75284


Terrasoul
1001 NE Loop 820
Fort Worth, TX 76131

Time Warner Cable
PO Box 60074
City of Industry, CA 91716


TUCS EQUIPMENT, INC.
755 County Road 18 S
Princeton, MN 55371


US Foods
1992 Forest Lane
Garland, TX 75042


WC of Texas
PO Box 742695
Cincinnati, OH 45274


Winpak Heat Seal
21919 Chemin Dumberry
Vaudreuil-Dorion, QC J7V 8P7


Liberty Mutual
PO Box 188025
Fairfield, OH 75238


Zurich
1299 Zurich Way
Schaumburg, IL 60196


GoDaddy
14455 North Hayden Rd
Ste. 219
Scottsdale, AZ 85260


Celvin P. Lopez
2434 Kimberly Dr.
Garland, TX 75040

Eric J Becker
1304 Gardengrove Ct.
Plano, TX 75075

Jesus Villanueva
3906 Norma Dr.
Garland, TX 75042

Karla Pineda
402 E. Celeste Drive
Garland, TX 75041

Octavio Tovar
6704 Symphony Ln.
Dallas, TX 75227

Nereyda Tovar
6704 Symphony Ln.
Dallas, TX 75227

Terry King
635 Quail Creek Circle
Pottsboro, TX 75076

Yesica Perez De Delgado
4306 W. Walnut St
Garland, TX 75042

William Solomon
2215 Cedar Springs Rd
Dallas, TX 75201

3M
PO Box 844127
Dallas, TX 75284

Advanced Spice
13951 Senlac Dr
Farmers Branch, TX 75234


Amazon.com
PO Box 960013
Orlando, FL 32896


AT&T Mobility
PO Box 537104
Atlanta, GA 30353


Belt Power
PO Box 306103
Nashville, TN 37230


Bizerba
1804 Fashion Court
Joppa, MD 21805


Carolina Services
PO Box 75987
Charlotte, NC 28275


The Chile Guy
168 E. Calle Don Francisco
Bernalillo, NM 87004


Cintas Corp #0487
850 Freeport Parkway
Coppell, TX 75019


Crawford Services
1405 Avenue T
Grand Prairie, TX 75050

Diamond Onions
2310 St. Germain Rd
Dallas, TX 75212


Eagle Family Foods Group
PO Box 932506
Cleveland, OH 44193


Ecolab
PO Box 70343
Chicago, IL 60673


eMaint Enterprises
438 N. Elmwood Rd.
Marlton, NJ 08053


Fastenal
PO Box 978
Winona, MN 55987


Fisher Scientific
PO Box 404705
Atlanta, GA 30359


Fresh Point
4721 Simonton Rd
Dallas, TX 75244


Global Equipment Company, Inc.
29833 Network Place
Chicago, IL 60673


Hain Celestial
1111 Marc Ave
New Hyde Park, NY 11042

Helm
48 Avondale Rd
White Plains, NY 10605


Indel Foods Products
9515 Plaza Circle
El Paso, TX 79927


John R. Ames, CTA
PO Box 139066
Dallas, TX 75313


Kelly Services, Inc.
PO Box 530437
Atlanta, GA 30353


Kool Logistics
PO Box 204020
Dallas, TX 75320


Lone Star Cold Storage
401 N Grove Rd
Richardson, TX 75081


Matthews International Corp.
PO Box 536634
Pittsburgh, PA 15253


Michael McGarry
1330 Jackson
River Forest, IL 60305


Morning Star
2211 Old Hwy 99W
Williams, CA 95987

Novacopy
PO Box 740865
Atlanta, GA 30374


Pallet Logistics of America
PO Box 733760
Dallas, TX 75373


PhaseTec Electric Inc.
PO Box 6662
Paris, TX 75461


Riviera Finance
PO Box 202485
Dallas, TX 75320


Rhino Compactors
PO Box 471242
Fort Worth, TX 76147


Safeway Inc.
PO Box 751743
Charlotte, NC 75207


Shoppas Material Handling, Ltd
5445 Blue Mound Rd
Fort Worth, TX 76106


Southeastern Mills
PO Box 743056
Atlanta, GA 30374


Sterling Technologies
133 32nd Avenue S
Brookings, SD 57006

Texas Safety Supply
648 Quail Lane
Coppell, TX 75019


Toyota Industries Commercial Finance
PO Box 660926
Dallas, TX 75266


U-Line Ship Supplies
PO Box 88741
Chicago, IL 60680


Waltons
14 Cooil Smithy
Isle of Man, Business Park IM2 2QA
United Kingdom


Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304


YAMCO
963 Hwy 258 S
Snow Hill, NC 28580


AAACooper Transportation
PO Box 935003
Atlanta, GA 31193


Kisco Manufacturing
5155 Argyle St.
Post Alberni, BC V9Y 1V3


Aria Roxie Rastandeh
3105 Eastview St.
Mesquite, TX 75150

Edoardo Alegria
9701 W. Ferris Branch
Dallas, TX 75243


Ida T Santoy
2703 Jim St.
Dallas, TX 75212


Karen Spray
102 Yorkshire Dr.
Heath, TX 75032


Mariana Rodriguez
2405 Larchmont Dr.
Mesquite, TX 75150


Phillip Silvas
1405 Mount Vernon Drive
Mesquite, TX 75149


Syver Norderhaug
4934 Thunder Rd.
Dallas, TX 75244


Teresa Gonzales
2528 Wentworth St.
Dallas, TX 75211


Sevugan Palaniappan
4013 Kenosha Rd.
Plano, TX 75024


ZB, N.A. dba Amegy Bank
Love Field
P.O. Box 27459
1717 W. Loop South
Houston, TX 77227

Jeffrey D. Franco
2825 Fairview Avenue North
Roseville, MN 55113


140 Packaging
4850 Sugarloaf Pkwy
Ste 209-505
Lawrenceville, GA 30044


Adaptive Resources
1825 E Plano Parkway
Ste. 180
Plano, TX 75074


Berry Global
Dept. 730002
PO Box 660919
Dallas, TX 75266


Chase Courier and Logistics
1220 Champion Circle
Ste. 114
Carrollton, TX 75006


CL Alloy's
2805 Market Street
Ste. 150
Garland, TX 75041


Coats Rose
9 Greenway Plaza
Ste. 1100
Hoton, TX 77046


CS & Associates
4122 Avondale Ave.
Ste. 202
Dallas, TX 75219

DC Scott & Associates
1202 W. Bitters Rd.
Ste. 2
San Antonio, TX 78216


DeWolf Chemical
300 Jefferson Blvd
Ste. 206
Warwick, RI 02888


Dream Foods
1223 Wilshire Blvd.
Ste. 355
Santa Monica, CA 90403


Eastsign Inc
RM 1818 18/F Shatin Galleria
18-24 Shanmei St
Fotan Shatin, Hong Kong Shanghai
China


Edward & Sons
4420 Via Real
Ste. C
Carpinteria, CA 93013


ESHA Research
4747 Skyline Rd. S
Ste. 100
Salem, OR 97306


Executive Press
1400 Presidential Dr
Ste. 110
Richardson, TX 75081

GlobalPak, Inc.
86 Loct St
Ste. 1
Dover, NH 03820


Fairbanks Scales
2650 Lombardy
Ste. F
Dallas, TX 75220


Hygiena
1801 W. Olympic Blvd
File 2007
Pasadena, CA 91199


Interactions
9555 Chesapeake Drive
Ste. 100
San Diego, CA 92123


Kaye Bassman International Corp
6860 Dallas Pkwy
Ste. 300
Plano, TX 75024


Lee Industries
50 West Pine Street
Philipsburg, PA 16866


International Flavors & Fragrances
PO Box 28187
C/O JP Morgan Chase
New York, NY 10087


Media Relations Agency
350 W. Burnsville Parkway
Ste. 350
Burnsville, MN 55337

JSO Associates Inc.
17 Maple Dr
Ste. 1
Great Neck, NY 11021


Kessler Collins
2100 Ross Ave
Ste. 750
Dallas, TX 75201


Merieux NutriSciences
111 E. Wacker Dr
Ste. 2300
Chicago, IL 60601


My OnCall Tech
2611 Westgrove
Ste. 108
Carrollton, TX 75006


Orkin
3330 Keller Springs Rd
Ste. 250
Carrollton, TX 75006


Precise Spice
1432 Wainwright Way
Ste. 150
Carrollton, TX 75007


Preston & Dake, P.C.
4245 N. Central Expressway
Ste. 520
Dallas, TX 75205


P Shade Design
3839 McKinney Ave.
Ste. 155-220
Dallas, TX 75204

Praxair
PO Box 120812
Dept. 0812
Dallas, TX 75312


Red River Foods
9020 Stony Point Pkwy
Ste. 380
Richmond, VA 23235


Riekes Container
11422 Miracle Hills Drive
Ste. 206
Omaha, NB 68154


Scheef & Stone L.L.P.
500 N. Akard
Ste. 2700
Dallas, TX 75201


Richards Packaging
Box 4500
Unit 93
Portland, OR 97208


Silicones Plus, Inc.
PO Box 650850
Dept. 1014
Dallas, TX 75265


Southwest Meat Association
505 University Dr. E
Ste. 701
College Station, TX 77840


Tamlin Software
8140 Walnut Hill Lane
Ste. 525
Dallas, TX 75231

TDI Refrigeration
181 S. Watson Rd
Ste. 308
Arlington, TX 76010


Textrol Inc.
3160 Commonwealth Drive
Ste. 122
Dallas, TX 75247


The Spice Guild
300 Decker Dr
Ste. 200
Irving, TX 75238


Young Guns
PO Box 1528
Accounting
Mesilla Park, NM 88047


Tradin Organics
100 Enterprise Way
Ste. B 101
Scotts Valley, CA 95066


Unishippers
3337 North Hullen
Ste. 300
Metairie, LA 70002


Urschel
75 Remittance Dr.
Dept 1657
Chicago, IL 60675


WS Packaging Group Inc.
303 W Marquette Ave.
Oak Creek, WI 53154

Alvin Vega
5350 Amesbury Dr.
Apt. 1104
Dallas, TX 75206


Ana Raquel Gomez
1241 Castle Drive
Apt. 202C
Garland, TX 75040


Brian Alan Willis
6910 Skillman St.
Apt. 3018
Dallas, TX 75231-5874


Carlos Aldana Duque
6324 Baker Blvd.
Apt. C04
Haltom City, TX 76118


Daniel Lee Squires
8325 Meadow Rd.
Apt. 127
Dallas, TX 75231


Jaquaa Ladarrius Jenkins
1734 N. Jupiter Rd.
Apt. 2099
Garland, TX 75042


David Ramirez
6031 Pineland Dr.
Apt. 114
Dallas, TX 75231


Martha Guadalupe Maldonado
3220 W. Walnut St.
Apt. 214E
Garland, TX 75042

Marlene Macedo Denova
209 S. Barnes Dr.
Apt. 1108
Garland, TX 75041


Olicia Romero
410 N. International
Apt. 111
Garland, TX 75042


Francisco Thomas Rubio
2222 Graycliff Dr.
Apt. 138
Dallas, TX 75228


Guadalupe Martinez
9701 W. Ferris Branch
Apt. 1522
Dallas, TX 75243


Javier Maldonado
3011 Kendale Dr.
Apt. 115
Dallas, TX 75220


Jonathon David Flores
4729 Samuell Blvd.
Apt. 302
Mesquite, TX 75149


Kenneth Robert Johnsen
2828 Hood
Unit 1105
Dallas, TX 75219


Laura Patricia Soler Nieves
1707 N. Hall St.
Apt. 367
Dallas, TX 75204

Melissa Ramirez Soto Milmar
8629 Southwestern Blvd.
Apt. 533
Dallas, TX 75206


Rafael Valedon-arce
6808 Skillman St.
Apt. 4302
Dallas, TX 75231


Monica Duarte Gonzalez
7972 N. Glen Dr.
Apt. 3076
Irving, TX 75063


Alpha Packaging
9099 Payshere Circle
Chicago, IL 60674


Arrow Personnel LLC
PO Box 101004
Atlanta, GA 30392


Z Natural Foods
5407 N Haverhill Rd.
Ste. 336
West Palm Beach, FL 33407


Lexon Insurance Company
Liability Protests
2 Hudson Pl.
Hoboken, NJ 07030


CI Dal III-V, LLC
PO Box 209263
Austin, TX 78720

USA Renovations, Inc.
1231 N. Glenville Ave.
Richardson, TX 75081


Sandra Flores
10901 Woodmeadow Pkwy
Apt. 204
Dallas, TX  75228


Performance PLC LLC
2365 Lamar Rd
Reno, TX 74562


Medline Industries, Inc.
Three Lakes Drive
Northfield, IL 60093


J.P.'s Marketing Solutions
1127 Westminister Ave.
Murphy, TX 75094


IDF
PO Box 10347
Springfield, MO 65808


Berlin Packaging
PO Box 74007164
Chicago, IL 60674


Hanover Foods
P.O. Box 334
Hanover, PA 17331


Wilk and Associates, Inc.
150 Yorkshire Dr.
Heath, TX 75032

Firebird Mills
500 North St. West
Harvey, ND 58341


Gluten Intolerance Group of N. America
31214 124th Ave SE
Auburn, WA 98092


Wexxar Packaging Inc.
PO Box 66512
Chicago, IL 600666-0512


Surekap, Inc.
579 Barrow Park Drive
Winder, GA 30680


SouthWaste Disposal, LLC
PO Box 53988
Lafayette, LA 70505-3988


OakFarms
PO Box 200300
Dallas, TX 75320


MTC America Enterprises
3320 W. Miller Rd
Suite 300
Garland, TX 75041


Pack Leader USA
3951 E. 137th Terrace
Grandview, MO 64030


Cohn & Gregory
PO Box 671435
Dallas, TX 75267

Stuart Hose & Pipe Company
701 Riverside Dr.
Fort Worth, TX 76111


Charm Sciences, Inc.
659 Andover St.
Lawrence, MA 01843


Hogentogler & Co. Inc.
9515 Gerwig Ln.
Suite 109
Columbia, MD 21046


Mid-America Packaging
900 Alpha Dr.
Suite 410
Richardson, TX 75081


Ross Engineering, Inc.
3325 S. University Dr.
Suite 111
Davie, FL 33328


Intralox
PO Box 730367
Dallas TX 75373


Metroplex Welding Supply
1970 W. Northwest Hey.
Dallas TX 75220


Pronto Logistics
7420 S Copper St.
Arlington TX 76001


Frankie Valdez
7310 Walling Lane
Dallas TX 75231

Lee William McNutt IV Trust
401 W. 7th Ave.
Corsicana, TX 75110


Thomas Max Nygaard McNutt IV Trust
401 W. 7th Ave.
Corsicana, TX 75110


Jackson Opportunity Fund III, L.P.
3220 West 98th St.
Evergreen Park, IL 60805


Jackson Blvd. Equities, L.P.
3220 West 98th St.
Evergreen Park, IL 60805


Greg Pearl
3900 Stonebridge
Dallas, TX 75204


Dianne Betts
3401 Lee Parkway
Suite 703
Dallas, TX 75219


Pearl Ventures
1200 E. Glen Ave.
Peoria Heights, IL 61616


Michael McGarry
1330 Jackson
River Forest, IL 60305

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Frankie V's Kitchen, LLC**

CASE NO

CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/20/2019

Signature

**Steve Solomon**
**Chief Restructuring Officer**

Date

Signature