Stephen A. McCartin (TX 13374700)
Mark C. Moore (TX 24074751)
Melina T. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
smccartin@foley.com
mmoore@foley.com
mbales@foley.com

**PROPOSED COUNSEL TO DEBTOR**
**FRANKIE V'S KITCHEN, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FRANKIE V'S KITCHEN, LLC.** | § | **Case No.: 19-31717** |
| | § | |
| Debtor. | § | |

**NOTICE OF PROPOSED ASSET PURCHASE AGREEMENT**

In support of Debtor's *Motion for Order Approving/Authorizing (I) Substantially All of the Assets of Frankie V's Kitchen, LLC Free and Clear of All Liens, Claims, Encumbrances, and Interests and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale* [Docket No. 83] and in advance of the hearing thereon scheduled for July 17, 2019 at 9:30 A.M. (the "**Hearing**"), Frankie V's Kitchen, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case, hereby files with the Court the attached unexecuted draft Asset Purchase Agreement, which is subject to negotiation at this time and may change prior to the Hearing. Should any such changes occur, the Debtor will endeavor to file a further revised Asset Purchase Agreement as soon as possible.

DATED: July 16, 2019

Respectfully submitted by:

*/s/ Mark C. Moore*
Stephen A. McCartin (TX 13374700)
Mark C. Moore (TX 24074751)
Melina T. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
smccartin@foley.com
mmoore@foley.com
mbales@foley.com

**PROPOSED COUNSEL TO DEBTOR**
**FRANKIE V'S KITCHEN, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of July, 2019, a copy of the foregoing was sent via this Court's ECF system on all those parties registered to receive said electronic service.

*/s/ Mark C. Moore*
Mark C. Moore

4839-0209-1676.1

**EXHIBIT A**

**Proposed Asset Purchase Agreement**

EXECUTION VERSION

## ASSET PURCHASE AGREEMENT

**BY AND AMONG**

**Casa Verde Foods LLC**
**as Purchaser,**

**AND**

**Frankie V's Kitchen, LLC**
**as Seller**

**Dated as of July 16, 2019**

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement (this "**Agreement**") is entered into as of July 16, 2019, by and between Casa Verde Foods LLC, a Texas limited liability company ("**Purchaser**") and Frankie V's Kitchen, LLC, a Texas limited liability company ("**Seller**").

## RECITALS

A.     Seller operates a food-manufacturing business in Dallas, Texas (the "**Business**").

B.     On May 20, 2019 (the "**Petition Date**") Seller filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et, seq.* (the "**Bankruptcy Code**");

C.     Seller's chapter 11 case is administered under the caption *In re: Frankie V's Kitchen, LLC*, Case No. 19-31717 (the "**Bankruptcy Case**"), and is pending before the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "**Bankruptcy Court**");

D.     Subject to the terms and conditions set forth herein and the approval and order of the Bankruptcy Court, Seller is agreeing to sell the Assets (defined below) in accordance with sections 105, 363, and 365 of the Bankruptcy Code;

E.     Purchaser is agreeing to purchase the Assets on the terms and conditions set forth herein; and

**NOW, THEREFORE**, in consideration of the premises and of the mutual agreements, representations, warranties, provisions and covenants contained herein, the parties, intending to be legally bound, agree as follows:

## ARTICLE I
## DEFINITIONS

**1.1.     Definitions.**  Capitalized terms used in this Agreement shall have the following meanings:

"Accounts Receivable" means the accounts and notes receivable of Seller relating to the Facility that have been billed to customers as of July 17, 2019. No purchase orders that have been transmitted but not filled prior to the transfer of the Assets of the Business to Purchaser shall be considered accounts receivable under this agreement.

"Agreement" means this Asset Purchase Agreement.

"Assets" has the meaning set forth in Section 2.1.

"Assigned Intangible Property" means all Intangible Property attributable to, arising from or used in connection with the Business, the Assets, or the Seller's business, and all goodwill

associated therewith and the rights and privileges used to conduct the Business or utilize the Assets.

"Assumed Liabilities" has the meaning set forth in Section 2.3.

"Avoidance Actions" means all causes of action under applicable state law and Chapter 5 of the U.S. Bankruptcy Code.

"Bankruptcy Case" has the meaning set forth in the recitals of this Agreement.

"Bankruptcy Code" has the meaning set forth in the recitals of this Agreement.

"Bankruptcy Court" has the meaning set forth in the recitals of this Agreement.

"Bankruptcy-Related Fees" means any fees and expenses (including out-of-pocket expenses) incurred by or otherwise due from Seller (whether or not billed and regardless of when incurred or accrued) that are related to the Bankruptcy Case or Seller's refinancing, restructuring, or sale efforts, including the fees and expenses for any of the following: (i) counsel for Seller; (ii) financial advisors to Seller; (iii) any professional retained in the Bankruptcy Case, and (iv) any (if any) employee of Seller for any transaction or retention bonuses or other similar obligation. For the avoidance of doubt, Bankruptcy-Related Fees do not include any fees and expenses incurred by Purchaser.

"Business Day" means any day other than a Saturday, Sunday, or other day on which commercial banks in Dallas, Texas are authorized or required to close.

"Cash Deposit" has the meaning set forth in Section 3.2(a).

"Claims" means all claims and/or causes of action owned by the Seller's bankruptcy estate pursuant to § 541 of the Bankruptcy Code, including, but not limited to, those claims under the Debtor's insurance policies, claims against the Debtor's directors or officers, or any Avoidance Actions arising under or permitted in sections 544, 545, 547, 548, 549, and 550, and any other claim and cause of action arising under state or federal law.

"Closing" has the meaning set forth in Section 9.1.

"Closing Date" has the meaning set forth in Section 9.1.

"Closing Date Deadline" has the meaning set forth in Section 9.4(a).

"Code" means the Internal Revenue Code of 1986, as amended, and the rules and regulations promulgated thereunder.

"Confidential Information" means all information of a confidential or proprietary nature (whether or not specifically labeled or identified as confidential), in any form or medium, that relates to the business, products, services, or research or development of Seller or its suppliers, distributors, customers, independent contractors, or other business relations. The term "Confidential Information" shall not, however, include information which (i) is or becomes publicly available other

2

than as a result of a disclosure by Purchaser or the Purchaser Representatives, (ii) is or becomes available to Purchaser on a non-confidential basis from a source (other than Seller) which, to the best of Purchaser's knowledge after due inquiry, is not prohibited from disclosing such information to Purchaser by a legal, contractual, or fiduciary obligation to Seller, or (iii) has been independently acquired or developed by Purchaser or the Purchaser Representatives without using any Confidential Information or violating any of its obligations under this agreement.

"Contract" means, with respect to any Person, any agreement, arrangement, commitment, contract, or instrument of any type whatsoever, whether oral or written, express or implied, including any conditional sales agreements, deeds of trust, guaranties, leases, license agreements, mortgages, non-competition agreements, notes, pledge agreements, purchase and sales orders, security agreements, or warranties, to which a Person is a party or by which any of its properties or assets may be bound.

"Cure Amounts" has the meaning set forth in Section **Error! Reference source not found.**.

"Designated Contracts" has the meaning set forth in Section 2.1(e).

"Employee Plans" means all "employee benefit plans," as defined in Section 3(3) of ERISA.

"Encumbrances" means all liens, claims, encumbrances, mortgages, pledges, security interests, conditional sales agreements, consignments, charges, options, preemptive rights, rights of first refusal, reservations, restrictions, or other encumbrances or defects in title, or restriction of any kind, including any restriction on use, voting, transfer, receipt of income or exercise of any other attribute of ownership.

"ERISA" means the Employee Retirement Income Security Act of 1974, as amended.

"Excluded Assets" has the meaning set forth in Section 2.2.

"Excluded Liabilities" has the meaning set forth in Section 2.3.

"Fixed Assets" means all of Seller's equipment, parts, furniture, fixtures, small tools, special or unique tools, service and cleaning supplies and office and shop supplies, owned computers and phone systems, cabling, file cabinets, or other equipment of Seller used in connection with the operation of the Business.

"FVK Finished Products" means all finished food products bearing Seller's trademark or trade name and/or created using recipes owned by the Seller and shipped to customers prior to the Closing Date;

"GAAP" means United States generally accepted accounting principles as used by Seller in the preparation of Financial Statements consistently applied with Seller's past practices.

"Governmental Authority" means any federal, state, local or foreign government, political subdivision or governmental or regulatory authority, agency, board, bureau, commission, instrumentality or court or quasi-governmental authority.

"Intangible Property" means all original concepts, ideas, recipes, ingredient lists, royalty agreements, works of authorship, data, designs, drawings, formulas, inventions, know-how, manufacturing know-how, methods, processes, procedures, plans, names, research records, service marks, service names, software, all websites and domain names, technical documentation, trademarks, technology, trade names, trade secrets, technologies and all intellectual property or proprietary property rights thereto, including all patents, patent applications, trademark registrations and applications, copyrights, copyright registrations and applications, which are filed, issued or exist (anywhere in the world), licenses and all other rights with respect thereto (including all rights in, to or related or associated in any manner with any of the foregoing or any aspect or part thereof whether owned or licensed, and all rights to sue for any past, present or future infringement of any of the foregoing rights and the right to all income, royalties, damages and payments now or hereafter due or payable with respect to any of the foregoing rights, including damages for past, present or future infringement thereof).

"Inventory" means finished and unfinished food products in the possession of the Debtor on the Closing Date, including FVK Finished Products that remain unshipped to Clients.

"Law" or "Laws" means any and all federal, state, local or foreign statutes, laws, ordinances, proclamations, codes, regulations, Permits, approvals, consents, legal doctrines, published requirements, orders, decrees, judgments, injunctions and rules of any Governmental Authority, including those covering environmental, Tax, energy, safety, health, transportation, bribery, record keeping, zoning, discrimination, antitrust and wage and hour matters, in each case as amended and in effect from time to time.

"Loss" or "Losses" means all liabilities, losses, claims, damages, actions, suits, proceedings, demands, assessments, adjustments, fees, costs and expenses (including reasonable attorneys' fees, expert witness fees and costs and expenses of investigation).

"Order" means any order, injunction, judgment, decree, ruling, writ, assessment, or arbitration award of a Governmental Authority.

"Permits" means licenses (other than licenses for the use of Intangible Property), franchises, permits, certificates of occupancy, approvals, entitlements, authorizations of transportation authorities, operating authorizations, titles (including motor vehicle titles and current registrations), certificates, test lines and qualifications related thereto and other governmental authorizations.

"Permitted Encumbrances" means Encumbrances for (a) property or ad valorem Taxes not yet due and payable or which are being contested in good faith and by appropriate proceedings if adequate reserves with respect thereto are maintained on Seller's books in accordance with GAAP, (b) obligations under operating and capital leases, and (c) minor imperfections of title that do not, either individually or in the aggregate, materially and adversely affect the use, enjoyment or value of the property to which such imperfections in title relate.

4

"Person" means an individual, partnership, corporation, business trust, limited-liability company, limited liability partnership, joint stock company, trust, unincorporated association, joint venture, Governmental Authority or other entity of whatever nature.

"Petition Date" has the meaning set forth in the recitals of this Agreement.

"Petition" has the meaning set forth in the recitals of this Agreement.

"Purchase Price" has the meaning set forth in Section 3.1.

"Purchaser" has the meaning set forth in the preamble of this Agreement.

"Purchaser Representatives" means Purchaser's directors, officers, employees, affiliates (and their directors, officers and employees), representatives (including financial advisors, attorneys, and accountants) and agents and its potential sources of financing for the transactions contemplated by this Agreement.

"Sale Hearing" means the hearing in the Bankruptcy Court requesting authority to sell the Assets free and clear of Encumbrances.

"Sale Motion" has the meaning set forth in Section 8.1.

"Sale Order" means an order of the Bankruptcy Court pursuant to Sections 363, 365, and 1146(c) of the Bankruptcy Code, which is not subject to a stay pending appeal, approving this Agreement and all of the terms and conditions hereof and authorizing Seller to consummate the transactions contemplated hereby.

"Seller" have the meanings set forth in the preamble of this Agreement.

"Tax Return" means any return, declaration, report, claim for refund, information return or statement relating to Taxes, including any schedule or attachment thereto, and including any amendment thereof.

"Taxes" means all taxes, charges, fees, levies or other assessments including income, gross receipts, excise, property, sales, withholding, social security, unemployment, occupation, use, service, license, payroll, franchise, transfer and recording taxes, fees and charges, imposed by the United States or any state, local or foreign government or subdivision or agency thereof, whether computed on a separate, consolidated, unitary, combined or any other basis, including any interest, fines, penalties or additional amounts attributable to or imposed with respect to any such taxes, charges, fees, levies or other assessments, whether or not disputed.

"Third Person" means any Person not a party to this Agreement.

"Topping Fee" has the meaning set forth in Section 8.2.

"Transfer Taxes" has the meaning set forth in Section 6.3(c).

"Transferred Employees" has the meaning set forth in Section 6.4(c).

5

**1.2.** **Interpretation.** For all purposes of this Agreement, except as otherwise expressly provided or unless the context otherwise requires: (a) the terms defined in Section 1.1 and elsewhere in this Agreement include the plural as well as the singular; (b) all accounting terms not otherwise defined herein have the meanings ascribed to them in accordance with GAAP; (c) all dollar amounts are expressed in United States funds; (d) a reference to one gender includes the other gender and the neuter; (e) the words "herein," "hereof," and "hereunder" and other words of similar import refer to this Agreement as a whole and not to any particular Article, Section or other subdivision; (f) the terms "include," "includes" and "including" are not limiting; and (g) the term "or" has, except where otherwise indicated, the inclusive meaning represented by the phrase "and/or."

## ARTICLE II
## PURCHASE AND SALE OF ASSETS

**2.1.** **Acquisition of the Assets.** Subject to the conditions set forth in this Agreement and pursuant to Section 363 of the Bankruptcy Code, effective as of the Closing, Seller shall sell, convey, transfer, assign, and deliver to Purchaser, and Purchaser shall purchase from Seller, all of the assets, properties, businesses, franchises, goodwill, and rights of the Business of every kind and character, tangible or intangible, including those set forth in this Section 2.1, specifically excluding the Excluded Assets (collectively, the "**Assets**", which includes but is not limited to all the assets listed in Schedule 2.1), free and clear of all Encumbrances. The Assets include the following:

(a)    Furniture

(b)    Fixtures;

(c)    Fixed Assets, excluding equipment purchased by Seller from Eastsign, Inc. or its affiliates that is not currently in the possession of Seller and may be the subject of a Claim, which equipment is specifically addressed in footnote 1 below;

(d)    Inventory;

(e)    all of the interests, rights and benefits accruing to Seller under the Contracts listed on Schedule 2.1(e) hereto (the "**Designated Contracts**");

(f)    all customer lists, sales records, customer payment histories, ledgers and accounting records, Tax Returns, and quality complaints or warranty claims;

(g)    to the extent transferable, all of Seller's right, title and interest in and to any Permits;

(h)    the Assigned Intangible Property, and all right, title and interest therein;

**2.2.** **Excluded Assets.** Seller shall retain, and the Assets shall specifically not include, the following assets and other rights of Seller (collectively, the "**Excluded Assets**"):

(a)    the Purchase Price and other rights of Seller under this Agreement;

(b) all cash and cash equivalents;

(c) all accounts with any financial institutions;

(d) copies of all ledgers and accounting records, Tax Returns and similar items;

(e) all Avoidance Actions;

(f) all Accounts Receivable as defined above;

(g) all Claims[1];

(h) ½ of all deposits and prepayments made by the Seller on any contract or lease that Purchaser wishes to assume or accept transfer of;

(i) any equipment purchased by Seller from Eastsign Inc. (or for which Seller paid a deposit that is now the subject of a Claim[2]) that is not currently in the possession of Seller;

(j) All FVK Finished Products that have been shipped to clients by the closing date;

(k) all Contracts to which Seller is a party which are not Designated Contracts; and,

(l) any membership interests or equity interest of Seller and their Affiliates;

**2.3. Assumed Liabilities; Excluded Liabilities.** Upon the terms and subject to the conditions of this Agreement, Purchaser shall assume, pay, perform and discharge when due, effective as of the Closing Date and thereafter, the following liabilities, responsibilities and obligations of Sellers (collectively, the "**Assumed Liabilities**"):

(a) All claims, liabilities, responsibilities, obligations, costs and expenses arising in any way out of the operation of the Business or the ownership or operation of the Assets on or after the Closing Date, including, without limitation, (i) any and all Taxes arising out of or attributable to the operation or ownership of the Business after the Closing Date, (ii) any and all claims associated with the use of any Asset after the Closing Date, but only if the event giving rise to such claim occurred after the Closing Date, including liability to any third party for any injury or damage to persons or property

---

[1] With regard to the Seller's Claim against Eastsign, Inc., Seller and Purchaser have agreed that Purchaser will allow Seller to store the equipment at the Business for up to 90 days post-Closing, and that Seller and Purchaser will split the amount of any recovery from Eastsign, Inc., as follows: Seller shall receive the first $250,000, and Seller and Purchaser will evenly split any additional recovery (over and above $250,000) on a 50-50 basis. If the equipment that serves as the basis for Seller's claim against Eastsign, Inc. is not removed from Purchaser's facility at the end of 90 days, all ownership of the equipment shall pass to purchaser, free of any encumbrances, along with a complete assignment of any claims against Eastsign, Inc.

[2] *See* id.

and any damage to the Asset itself, due to any condition of, defect in, or design of the asset in question, latent or otherwise, whether such condition, defect, or design now exists or hereafter occurs and (iii) any and all warranty obligations or claims relating to warranties provided to customers of the Business by the Purchaser on or after to the Closing Date.

(b)    All liabilities associated with the Transferred Employees accruing on and after the Closing Date.

(c)    To the extent that Purchaser assumes the lease on the premises pursuant to their right to assume designated contracts, Purchaser shall accept all liabilities accruing after the Closing date.

Except to the extent expressly provided in this Section 2.3, Purchaser will not assume, in connection with the transactions contemplated by this Agreement or otherwise, any liability or obligation of Seller whatsoever, and Seller will retain responsibility for, all liabilities and obligations accrued as of the Closing Date and all liabilities and obligations arising from Seller's operations (with respect to the Business, Seller's employees, or otherwise) prior to or on the Closing Date, whether actual or contingent and whether or not accrued or disclosed, including any Bankruptcy-Related Fees (the "**Excluded Liabilities**").  For the avoidance of doubt, Seller shall be responsible for all cure payments required to be made in connection with the assignment to Purchaser of all Designated Contracts ("**Cure Amounts**"), and the Cure Amounts shall constitute Excluded Liabilities.

## ARTICLE III
## PURCHASE PRICE

**3.1.    Purchase Price.**  The purchase price for the Assets shall be equal to $2,500,000.00 Agreement (the "**Purchase Price**"):

**3.2.    Payment**.  Purchaser shall pay the Purchase Price to Seller as follows:

(a)    On the date of this Agreement, Purchaser shall pay to the Seller $250,000.00 (the "**Cash Deposit**"), which shall be held as security for the performance by Purchaser of its obligations under this Agreement.  The Cash Deposit shall be applied as a credit against the Purchase Price at Closing and shall be refunded to the Purchaser upon termination of this Agreement by either Purchaser or Seller.

(b)    On the Closing Date, Purchaser shall pay to Seller the Purchase Price, less the Cash Deposit, by wire transfer of immediately available funds to an account or accounts specified by Seller.

**3.3.    Proration of Certain Items.**  Ad valorem personal property taxes on the Assets will be apportioned at the Closing based upon the number of days in the taxable period before and after the Closing Date and the amounts set forth in the current tax bills if available or, if not available, based upon the amounts set forth in the most recent tax bills available.  Utilities charges for the Business shall be apportioned based upon the number of operating days occurring

before and after the Closing Date during the billing period for each such charge. To the extent practical a reconciliation and payment of prorated items shall take place at the Closing, and to the extent not practical reconciliation and payment shall be made within sixty (60) days following the Closing Date.

# ARTICLE IV
## REPRESENTATIONS AND WARRANTIES OF SELLER

Seller represents and warrants to Purchaser as follows:

**4.1.    Due Organization and Qualification.**  Seller is a limited liability company duly organized, validly existing and in good standing under the laws of the State of Texas and, subject to the limitations imposed on Seller as a result of having filed a petition for relief under the Bankruptcy Code, has the requisite power and authority to own, lease, and operate the Assets and to carry on the Business operations as now conducted.

**4.2.    Authorization.**  Subject to entry of, and compliance with, the Sale Order and such other authorization as is required by the Bankruptcy Court, Seller has the requisite power and authority to execute and deliver this Agreement and to perform its obligations hereunder and thereunder.  This Agreement has been duly and validly executed and delivered by Seller, and (assuming the due authorization, execution, and delivery by the other parties hereto, the entry of the Sale Order and subject to the satisfaction of the conditions to Closing) this Agreement constitutes legal, valid, and binding obligation of Seller enforceable against Seller in accordance with its respective terms.

**4.3.    Assets.**  Seller has title to the Assets, which  Purchaser acknowledges and agrees that, except for the representations, warranties, and covenants contained herein, are being transferred on a "where is" and, as to condition, "as is" basis.  Nothing in this section shall lessen the responsibility of the seller to properly fix the roof of the leased facility in accordance with all environmental regulations and state and local laws.  As required by the Purchaser's Letter of Intent, it is a condition to Closing that the Seller, at Seller's expense, make all necessary repairs to the storm-damaged roof, including the skylight, insulation, and food-grade drop ceiling, as necessary to return the facility to full operating condition.  Further, it is also a condition to Closing that swab testing for mold and mildew (including spores) must be completed in all affected areas, and remediation activities shall be continued by Seller until swabs meet or exceed the current standards set out by the Safe Quality Food (SQF) Institute, the Texas Department of Agriculture, the Texas Department of State Health Service, and the United States Department of Agriculture (USDA).

**4.4.    Permits.**  Seller holds all the Permits that are necessary for the operation of the Business, including, without limitation, all Permits and/or certifications issued by any Governmental Authority.  Seller has not received any written notice that any Governmental Authority intends to cancel, terminate or not renew any such Permits.  Seller is not in default, nor has Seller received any written notice of any claim of default, with respect to, or relating in any way to any of the Permits, and, to the Seller's knowledge, no basis for any claim exists with respect to the Permits.

4850-1728-9116.7

**4.5.     Labor and Employee Relations.**  Seller is not bound by or subject to any arrangement with any labor union.  None of Seller's employees are represented by any labor union or covered by any collective bargaining agreement nor, to Seller's knowledge, is any campaign to establish such representation in progress.  There is no pending or, to Seller's knowledge, threatened labor dispute involving the Business and any of its employees nor has the Business experienced any significant labor interruptions over the past five years.  There are no pending or, to Seller's knowledge, threatened labor disputes or other material issues in connection with the relationship between the Business and the Seller's employees.

**4.6.     Compensation; Employment Agreements.**  Seller has delivered to Purchaser prior to the date hereof an accurate schedule of all of Seller's employees as of the date of this Agreement.

**4.7.     No Implied or Other Representations or Warranties.**  EXCEPT AS EXPRESSLY SET FORTH HEREIN, IT IS THE EXPLICIT INTENT OF EACH PARTY HERETO THAT SELLER IS NOT MAKING ANY REPRESENTATION OR WARRANTY WHATSOEVER, EXPRESS OR IMPLIED, BEYOND THOSE EXPRESSLY GIVEN IN THIS AGREEMENT, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OR REPRESENTATION AS TO CONDITION, MERCHANTABILITY, SUITABILITY OR FITNESS FOR A PARTICULAR PURPOSE AS TO ANY OF THE ASSETS, AND IT IS UNDERSTOOD THAT EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, PURCHASER TAKES ALL OF SUCH PROPERTIES AND ASSETS ON AN "AS IS" AND "WHERE IS" BASIS.

## ARTICLE V
## REPRESENTATIONS AND WARRANTIES OF PURCHASER

Purchaser represents and warrants to Seller as follows:

**5.1.     Organization.**  Purchaser is a limited liability company duly organized, validly existing and in good standing under the Laws of the State of Texas.

**5.2.     Authorization; Non-Contravention; Approvals.**

(a)     Subject to entry of, and compliance with, the Sale Order and such other authorization as is required by the Bankruptcy Court, Purchaser has the requisite power and authority to execute and deliver this Agreement and to perform its obligations hereunder and thereunder.  This Agreement has been duly and validly executed and delivered by Purchaser, and (assuming the due authorization, execution, and delivery by the other parties hereto, the entry of the Sale Order and subject to the satisfaction of the conditions to Closing) this Agreement constitute a legal, valid, and binding obligation of Purchaser enforceable against Purchaser in accordance with its respective terms.

(b)     Subject to entry of, and compliance with, the Sale Order and such other authorization as is required by the Bankruptcy Court and subject to the satisfaction of the conditions to Closing, the execution and delivery of this Agreement by Purchaser does not, and the consummation by Purchaser of the transactions contemplated hereby and

10

thereby will not, violate or result in a breach of any provision of, or constitute a default (or an event which, with notice or lapse of time or both, would constitute a default) under any of the terms, conditions or provisions of (i) the Certificate of Formation and the Company Agreement of Purchaser, (ii) any Laws applicable to Purchaser or any of its properties or assets, or (iii) any note, bond, mortgage, indenture, deed of trust, Permit, franchise, concession, lease or other instrument, obligation or agreement of any kind to which Purchaser is now a party or by which Purchaser or any of its properties or assets may be bound or affected or any decree of court or administrative agency.

(c)     Except for the approval of the Bankruptcy Court, no approval or consent of, or filing with, any Person or Governmental Authority is required in connection with the transactions contemplated hereby or the execution, delivery or performance by Purchaser of this Agreement.

**5.3.     Brokers or Finders.**  No Person is or will become entitled, by reason of any agreement or arrangement entered into or made by or on behalf of Purchaser to receive any commission, brokerage, finder's fee or other similar compensation arrangement in connection with the consummation of the transactions contemplated by this Agreement.

**5.4.     Financing.**  Purchaser has adequate financing from internally-generated sources and has adequate cash on hand, or will obtain adequate financing on or prior to the Closing Date, and will continue to have adequate financing on the Closing Date, to enable it to fulfill its obligations under this Agreement.  Purchaser acknowledges and agrees that Purchaser's obligations under this agreement are not contingent on obtaining adequate financing.

## ARTICLE VI
## COVENANTS

**6.1.     Conduct of Business Pending the Closing.**  Seller covenants and agrees that, except as otherwise expressly required or permitted by the terms of this Agreement or except as expressly approved by Purchaser, between the date of this Agreement and the Closing Date the business of the Facility shall be conducted only in, and Seller shall not take any action except in, the ordinary course of business consistent with past practice, other than as may be required by the Bankruptcy Court. Further, Seller covenants and agrees that from and after the receipt of the Purchaser's Letter of Intent on July 3, 2019, Seller has conducted the Business in the ordinary course, maintained its properties and other Assets in good working condition, used its best efforts to maintain the Business and employees, customers, Assets and operations as an ongoing concern in accordance with past practice, and paid its workers their normal wages.

**6.2.     Cooperation.**  Seller and Purchaser each agree to cooperate with the other in the preparation and filing of all forms, notifications, reports and information, if any, required or reasonably deemed advisable pursuant to any law, rule or regulation in connection with the transactions contemplated by this Agreement (including, without limitation, in the case of Seller, by making available to Purchaser an employee of Seller who is generally knowledgeable with respect to Permits of the Business and who will use his or her commercially reasonable efforts to assist Purchaser in applying for and obtaining the Permits necessary or advisable in order to own and operate the Business).  From the date hereof until the Closing Date, Seller shall promptly

11

deliver to Purchaser's counsel copies of all pleadings, motions, notices, statements, schedules, applications, reports and other papers which relate to or may effect this Agreement or the Assets that Seller files in the Bankruptcy Case. Further, in light of anticipated litigation involving the Seller and some of its former officers and directors, Seller agrees to make copies of any and all electronic information, e-mails, accounting records, correspondence or other records whether stored in electronic, digital, or hard copy in the assets being transferred to Purchaser herein prior to the Closing Date. Seller shall have the right to make copies of any transferred materials for 30 days after the Closing Date, subject prior request to Purchaser. Purchaser agrees to reasonably cooperate with Seller and its agents or designees to provide access to any of Seller's records transferred to Purchaser, but Purchaser shall have no duty (express or implied) to preserve any such records other than as generally required by corporate law.

**6.3.    Tax Matters.**

(a)    *Tax Cooperation*. Purchaser and Seller and their respective Affiliates shall cooperate fully with each other regarding Tax matters (including the execution of appropriate powers of attorney) and shall make available to the other as reasonably requested all information, records, and documents relating to Taxes governed by this Agreement until the expiration of the applicable statute of limitations period or extension thereof or the conclusion of all audits, appeals, or litigation with respect to such Taxes.

(b)    *Prorations*. Liabilities or credits for taxes, if any, in respect of the Assets shall be prorated between Purchaser and Seller for the current taxable year using the number of days before and after the Closing Date in such taxable year as the basis for such proration; it being understood that, upon the Closing, Purchaser shall be responsible for taxes accruing in respect of the Assets and the Business operations following the Closing Date.

(c)    *Transfer Taxes*. To the extent that the transactions contemplated by this Agreement are not otherwise exempt under section 1146(a) of the Bankruptcy Code, Seller shall be liable for all sales, use, and other transfer Taxes and all filing and recording fees (and any penalties and interest associated with such Taxes and fees) arising from or relating to the consummation of the transactions contemplated by this Agreement (collectively, "**Transfer Taxes**"). Seller and Purchaser shall cooperate and consult with each other prior to filing any Tax Returns in respect of Transfer Taxes and shall cooperate and otherwise take commercially reasonable efforts to obtain any available refunds for Transfer Taxes.

**6.4.    Employees.**

(a)    The Agreement represents an asset purchase only, and not a continuation of the business operated by Seller. At or immediately prior to Closing, Seller shall terminate the employment of all employees using the form attached hereto as Exhibit A. While Purchaser may elect to hire one or more of the persons previously employed by Seller in the operation of Seller's business, Purchaser is under no obligation to do so and shall not assume or become responsible for any vacation pay, sick leave pay, workers compensation benefits, payroll taxes, pension or retirement plans, or any other obligations or liabilities that Seller may have to or because of Seller's employees.

(b)    Seller shall be responsible for all of its obligations and liabilities to the Seller's employees under any and all pay and compensation practices, and under all of the Employee Plans and under any employment agreements or terms and conditions of employment (including any potential claims for accrued vacation time with respect to Seller's employees), provided however, that nothing in this paragraph shall constitute a waiver by Seller of any rights it may have to dispute employee-based wage or compensation claims against Seller incurred prior to the Closing Date or an agreement by Seller to pay any such claims.

(c)    Purchaser may, in its sole discretion, offer employment to certain of Seller's former employees (the "**Transferred Employees**"), on terms and conditions satisfactory to Purchaser in its sole discretion.  Purchaser shall neither assume, nor be obligated with respect to, any Employee Plan or any other employee benefit plan, arrangement, policy, procedure, or practice, including payroll practices, which are or have been maintained or contributed to by Seller prior to the Closing Date.

**6.5.    Access to Information; Inventory Inspection.**  Prior to the Closing Date, Purchaser shall be entitled, following notice from Purchaser to Seller, through its officers, employees, consultants and representatives (including its legal advisors and accountants), to make such investigation of the properties, businesses and operations of Seller and the Business and such examination of the books and records of Seller and the Business, the Assets and the Assumed Liabilities as it reasonably requests and to make extracts and copies of such books and records.  Any such investigation and examination shall be conducted upon reasonable advance notice and under reasonable circumstances and shall be subject to restrictions under applicable Law.  Seller shall cause its respective officers, employees, consultants, agents, accountants, attorneys and other representatives to cooperate with Purchaser and Purchaser's representatives in connection with such investigation and examination, and Purchaser and its representatives shall cooperate with Seller and its representatives and shall use its reasonable efforts to minimize any disruption to the Business. Purchaser shall give Seller reasonable advance written notice of all inspections, setting forth the inspection or materials that Purchaser or its representatives intend to conduct.  Upon the termination of this Agreement in accordance herewith, at Seller's request, Purchaser shall destroy or return to Seller all copies and extracts of Seller's books and records made by Purchaser prior to termination.

**6.6.    Accounts Receivable.**  For a period of 60 days after the Closing Date, Purchaser shall use all reasonable efforts to collect Seller outstanding Accounts Receivable. Given that the Business has not produced any product for the last month due to damage to the roof of the facility, there should be very few open accounts receivable. The Purchaser has no obligation to require payment of a Seller's outstanding accounts receivable prior to seeking payment of any new accounts receivable for work entered into between itself and any former customer of Seller. The Purchaser will not hinder any efforts of seller in seeking outstanding accounts receivable and will share any information that it possesses regarding the transaction that led to an outstanding account, however, the collection of said accounts will be the sole responsibility of the Seller and the Seller shall have no claim to any money paid to the Purchaser for new work done on behalf of a Client with an outstanding account balance accrued prior to the Closing Date.

13

**6.7.     Publicity.**  None of the Parties hereto shall issue any press release concerning this Agreement or the transactions contemplated hereby without obtaining the prior written approval of the other Party hereto, which approval will not be unreasonably withheld or delayed, unless, in the sole judgment of Purchaser or Seller, disclosure is otherwise required by applicable Law or by the Bankruptcy Court with respect to filings to be made with the Bankruptcy Court in connection with this Agreement; provided that the Party intending to make such release shall use its commercially reasonable efforts consistent with such applicable Law or Bankruptcy Court requirement to consult with the other Party with respect to the text thereof.

**6.8.     Post-Closing Wind-Up.**  After the Closing, Seller shall take immediate action as may be required or advisable to avoid the Seller's use of any trade names or other property that is an Asset, and Seller shall also take such steps so as to accomplish the liquidation and winding-up of their estates (the "**Wind-Up**") as expeditiously and as efficiently as reasonably possible. At the request of Purchaser, Seller shall keep Purchaser apprised of all material developments with respect to the Assets and Assumed Liabilities in the course of the Wind-Up and shall promptly comply with any reasonable requests by Purchaser for information relating thereto. Nothing in this Agreement shall prevent Seller from winding up its businesses as soon as possible after Closing.

**6.9.     Confidentiality**.  Purchaser shall maintain as confidential all Confidential Information, except as required by Law; provided, however, that Purchaser may reveal Confidential Information to Purchaser Representatives (a) who need to know the information for the purpose of their involvement with the transactions contemplated by this Agreement, (b) who are informed by Purchaser of the confidential nature of the information, and (c) who agree to act in accordance with the terms of this Section 6.9. Purchaser shall take all commercially reasonable steps (and to cause each of the Purchaser Representatives to take all commercially reasonable steps) to safeguard such Confidential Information in its possession and to protect it against disclosure, misuse, loss, and theft.  If Purchaser or any of its respective Purchaser Representatives is required by Law to disclose any Confidential Information (other than as a result of the Bankruptcy Case), Purchaser shall promptly notify Seller in writing, which notification shall include the nature of the legal requirement and the extent of the required disclosure, and Purchaser shall cooperate with Seller to preserve the confidentiality of such information consistent with applicable Law.  Nothing herein shall be construed to limit Purchaser's or the Purchaser Representatives' use of Confidential Information relating to the Assets or Assumed Liabilities following the Closing. Upon any termination of this Agreement, at Seller's request, Purchaser shall destroy or return to Seller all Confidential Information in Purchaser's possession.

**6.10.   Expenses.**     Except to the extent otherwise specifically provided in this Agreement, each party to this Agreement shall bear its respective expenses incurred in connection with the preparation, execution and performance of this Agreement and the transactions contemplated hereby, including all fees and expenses of agents, representatives, counsel and accountants.

**6.11.   Non-Compete Agreement.**   Effective as of the Closing, Seller and Seller's current and prior officers agree not to compete with Purchaser in the business of providing co-packaged foods in any manner within the State of Texas for a period of five (5) years following the Closing.

14

## ARTICLE VII
## CLOSING CONDITIONS

**7.1. Conditions Precedent to Obligations of Purchaser.** The obligation of Purchaser to consummate the transactions contemplated by this Agreement is subject to the fulfillment, on or prior to the Closing Date, of each of the following conditions (any or all of which may be waived by Purchaser in whole or in part to the extent permitted by applicable Law):

(a) *Representations and Covenants.* Each of the representations and warranties of Seller contained in this Agreement shall be true and correct in all material respects on and as of the Closing Date with the same effect as though made on the Closing Date. Seller shall have performed and complied in all material respects with all of the covenants and agreements required by this Agreement to be performed or complied with by Seller on or prior to the Closing Date. Including, without limitation, those representation and covenants set forth in section 4.3.

(b) *Bankruptcy Court Approval.* The Sale Order shall have been entered by the Bankruptcy Court, and such order shall be in form and substance reasonably satisfactory to Purchaser.

(c) *Closing Deliveries.* Seller shall have delivered, or caused to be delivered, to Purchaser all of the items set forth in Section 9.2.

**7.2. Conditions Precedent to Obligations of Seller.** The obligations of Seller to consummate the transactions contemplated by this Agreement are subject to the fulfillment, prior to or on the Closing Date, of each of the following conditions (any or all of which may be waived by Seller in whole or in part to the extent permitted by applicable Law):

(a) *Representations and Covenants.* Each of the representations and warranties of Purchaser contained in this Agreement shall be true and correct in all material respects on and as of the Closing Date with the same effect as though made on the Closing Date. Purchaser shall have performed and complied in all material respects with all of the covenants and agreements required by this Agreement to be performed or complied with by Purchaser on or prior to the Closing Date.

(b) *Bankruptcy Court Approval.* The Sale Order shall have been entered by the Bankruptcy Court, and such order shall be in form and substance reasonably satisfactory to Seller.

(c) *Purchase Price.* Purchaser shall have delivered the Purchase Price to Seller as specified in Article III. The Cash Deposit shall be applied to such amount at Closing.

(d) *Closing Deliveries.* Purchaser shall have delivered to Seller all of the items set forth in Section 9.3.

**7.3. Conditions Precedent to Obligations of Purchaser and Seller.** The respective obligations of Purchaser and Seller to consummate the transactions contemplated by this

15

Agreement are subject to the fulfillment, on or prior to the Closing Date, of each of the following condition: There shall not be in effect any Order by a Governmental Authority of competent jurisdiction restraining, enjoining or otherwise prohibiting the consummation of the transactions contemplated hereby. Purchaser shall have obtained any applicable dealer licenses or other approvals that are required under applicable Laws or the applicable state motor vehicle authorities and all other Governmental Authorities which are necessary to the operation of the Business or the use of the Assets.   Seller shall make all efforts to assist and aid in the obtaining or transferring of any applicable licenses or other approvals that are required under applicable laws or applicable state motor vehicle authorities and all other Governmental Authorities which are necessary to operate the Business or the use of the Assets.

      **7.4.    Frustration of Closing Conditions.**  No party hereto may rely on the failure of any condition set forth in Sections 7.1, 7.2, or 7.3, as the case may be, if such failure was caused by such party's failure to comply with any provision of this Agreement.

**ARTICLE VIII**
**BANKRUPTCY COURT MATTERS**

      **8.1.    Bankruptcy Court Filings.**  On July 3, 2019 Seller filed with the Bankruptcy Court a motion seeking entry of the Sale Order attached thereto as Exhibit B (the "**Sale Motion**") and Seller shall thereafter pursue diligently the entry of the Sale Order.  Seller shall use commercially reasonable efforts to comply with (or obtain an order from the Bankruptcy Court waiving compliance) with all requirements under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure in connection with obtaining approval of the Sale Order, including serving on all required Persons in the Bankruptcy Case (including (i) all Persons who are known to possess or assert an Encumbrance against any of the Assets, (ii) all Governmental Authorities, and (iii) all other Persons required by any order of the Bankruptcy Court (including any omnibus notice or case management order entered in the Bankruptcy Case), notice of the Sale Motion, the Sale Hearing, and the objection deadline in accordance with rules 2002, 6004, 6006, and 9014 of the Federal Rules of Bankruptcy Procedure, the Sale Order, or other orders of the Bankruptcy Court, including any applicable local rules of the Bankruptcy Court.  Purchaser shall promptly take such actions as are reasonably requested by Seller to assist in obtaining entry of the Sale Order and a finding of adequate assurance of future performance by Purchaser, including furnishing affidavits or other documents or information for filing with the Bankruptcy Court for the purposes, among others, of providing necessary assurances of performance by Purchaser under this Agreement and demonstrating that Purchaser is a "good faith" purchaser under section 363(m) of the Bankruptcy Code. This Agreement and the transactions contemplated herein are subject to the approval of this Agreement by the Bankruptcy Court.

      **8.2.    Topping Fee.**  In consideration of Purchaser's good faith negotiations and diligence in pursuing this transaction, if this Agreement is terminated pursuant to Section 9.4(c), (e), (f) or (h), Purchaser shall be entitled to payment from Seller of a cash amount equal to $50,000 (the "**Topping Fee**").  The Topping Fee shall be paid on the closing of the alternate transaction or as otherwise specified by the Bankruptcy Court.

4850-1728-9116.7

## ARTICLE IX
## CLOSING AND TERMINATION

**9.1.    Closing Date.**  Subject to the satisfaction of the conditions set forth in Sections 7.1, 7.2, and 7.3 (or, if applicable, the waiver thereof by the party entitled to waive that condition), the closing of transactions contemplated herein (the "**Closing**") shall take place at the offices of Foley Gardere, Foley & Lardner, LLP, 2021 McKinney Avenue, Suite 1600 Dallas, Texas (or at such other place as the parties may designate in writing) immediately following the entry of the Sale Order, unless another time or date, or both, are agreed to in writing by the parties hereto. The date on which the Closing occurs is referred to in this Agreement as the "**Closing Date**."

**9.2.    Deliveries by Seller.**  At the Closing, Seller shall deliver to Purchaser:

(a)    one or more duly executed bills of sale in a form to be agreed upon by the parties hereto;

(b)    one or more duly executed assignment and assumption agreements in a form to be agreed upon the parties hereto and duly executed assignments of the customer Contracts and Designated Contracts;

(c)    an affidavit executed by Seller that Seller is not a foreign person within the meaning of Section 1445(b)(3) of the Code, sworn under penalty of perjury in form and substance required under Treasury Regulations issued pursuant to Section 1445 of the Code;

(d)    all of Seller's records relating in any way to the Business or the Assets;

(e)    an assignment of Intangible Property; and

(f)    all other documents or instruments of conveyance and transfer, in form and substance reasonably acceptable to Purchaser, as may be necessary to convey the Assets to Purchaser or to consummate the transactions contemplated by this Agreement.

**9.3.    Deliveries by Purchaser.**  At the Closing, Purchaser shall deliver to Seller:

(a)    the Purchase Price;

(b)    one or more duly executed assignment and assumption agreements in a form to be agreed upon the parties hereto; and,

(c)    such other instruments and documents, in form and substance reasonably acceptable to Seller, as may be necessary to consummate the transactions contemplated by this Agreement.

**9.4.    Termination of Agreement.**  This Agreement may be terminated prior to the Closing as follows:

(a)    by Seller or Purchaser, if the Closing shall not have occurred by the close of business on July 24, 2019 (the "**Closing Date Deadline**");

17

(b)     by mutual written consent of Seller and Purchaser at any time prior to the Closing;

(c)     by Purchaser, if there shall be a breach by Seller of any representation or warranty, or any covenant or agreement contained in this Agreement which would result in a failure of a condition set forth in Section 7.1 or 7.3;

(d)     by Seller, if there shall be a breach by Purchaser of any representation or warranty, or any covenant or agreement contained in this Agreement which would result in a failure of a condition set forth in Section 7.2 or 7.3;

(e)     by Purchaser, if the Bankruptcy Court shall enter an order approving an alternate transaction to the sale contemplated herein for the Assets;

(f)     automatically, if Seller enter into a contract as an alternate transaction to the sale contemplated herein for the Assets;

(g)     by Purchaser, if the Bankruptcy Case is dismissed or converted into a case under Chapter 7 of the Bankruptcy Code

(h)     by Purchaser, if a trustee or examiner is appointed in the Bankruptcy Case and the Purchaser is removed as a 'stalking horse" in the process.

**9.5.    Procedure Upon Termination.**    In the event of termination pursuant to Section 9.4, written notice thereof shall forthwith be given to the other party or parties, and this Agreement shall terminate, and the purchase of the Assets hereunder shall be abandoned, without further action by Purchaser or Seller.  If this Agreement is terminated as provided herein, each party shall redeliver all documents, work papers, and other material of any other party relating to the transactions contemplated hereby, whether so obtained before or after the execution hereof, to the party furnishing the same.

**9.6.    Effect of Termination.**

(a)     Except for the provisions of this Section 9.6, Section 8.2 and ARTICLE X, all of which shall survive any termination hereof, in the event of termination of this Agreement pursuant to Section 9.4, this Agreement shall forthwith become void and of no further force and effect, and the parties shall be released from any and all obligations hereunder; provided, however, that nothing herein shall relieve any party from liability under this Section 9.6, as applicable.

(b)     If this Agreement is terminated by Seller pursuant to Section 9.4(a) or Section 9.4(d), Seller shall have the right to pursue any and all remedies available at law or in equity in connection with the breach by Purchaser of its obligations hereunder.

(c)     If this Agreement is terminated by Purchaser pursuant to Section 9.4(c), Section 9.4(e), Section 9.4(f), or Section 9.4(h), then as Purchaser's sole and exclusive remedy, (i) the Deposit shall be refunded to Purchaser within three (3) business days and (ii) Purchaser shall be entitled to the Topping Fee payable under Section 8.2.

18

(d)      Nothing in this Section 9.6 shall prevent or prohibit Seller from seeking and obtaining specific performance of Purchaser's obligations under this Agreement.

## ARTICLE X
## MISCELLANEOUS

**10.1.   Assignment.**  This Agreement shall be binding upon and inure to the benefit of the parties and their respective successors and permitted assigns. Nothing in this Agreement shall create or be deemed to create any third party beneficiary rights in any Person not a party to this Agreement. No assignment of this Agreement or of any rights or obligations hereunder may be made by either Seller or Purchaser (by operation of law or otherwise, other than the interest of Seller hereunder passing as a matter of law to the debtor-in-possession in the Bankruptcy Case) without the prior written consent of the other parties hereto and any attempted assignment without the required consents shall be void. No assignment of any obligations hereunder shall relieve the parties hereto of any such obligations prior to the Closing, but after which the assignee shall become solely responsible for any obligations assigned to it. Upon any such permitted assignment, the references in this Agreement to Seller or Purchaser shall also apply to any such assignee unless the context otherwise requires.

**10.2.   Entire Agreement.**  This Agreement (including the attached Schedules and Exhibits) constitutes the entire agreement and understanding between Seller and Purchaser and supersede any prior agreement and understanding relating to the subject matter of this Agreement, including the Confidentiality Agreement.

**10.3.   Amendment; Waiver.**  This Agreement may be modified or amended only by a written instrument executed by Seller and Purchaser.  No waiver of compliance with any provision or condition hereof, and no consent provided for herein, will be effective unless evidenced by an instrument in writing duly executed by the party sought to be charged therewith. No failure on the part of any party hereto to exercise, and no delay in exercising, any of its rights hereunder shall operate as a waiver thereof, nor will any single or partial exercise by any party of any right preclude any other or future exercise thereof or the exercise of any other right.

**10.4.   Expenses.**  Except as otherwise provided in this Agreement, each of Seller and Purchaser shall bear its own expenses incurred in connection with the negotiation and execution of this Agreement and each other agreement, document, and instrument contemplated by this Agreement and the consummation of the transactions contemplated hereby.

**10.5.   Exercise of Rights and Remedies.**  Except as otherwise provided herein, no delay of or omission in the exercise of any right, power or remedy accruing to any party as a result of any breach or default by any other party under this Agreement shall impair any such right, power or remedy, nor shall it be construed as a waiver of or acquiescence in any such breach or default, or of any similar breach or default occurring later; nor shall any waiver of any single breach or default be deemed a waiver of any other breach or default occurring before or after that waiver.

**10.6.   Reformation and Severability.**  In case any provision of this Agreement shall be invalid, illegal or unenforceable, it shall, to the extent possible, be modified in such manner as to

19

be valid, legal and enforceable, but so as to most nearly retain the intent of the parties, and if such modification is not possible, such provision shall be severed from this Agreement, and in either case, the validity, legality, and enforceability of the remaining provisions of this Agreement shall not in any way be affected or impaired thereby.

**10.7.   Notices.**   Each notice, demand, waiver, consent, and other communication required or permitted to be given hereunder will be in writing and will be sent either by (i) personal delivery, (ii) registered or certified first-class mail, postage prepaid and return receipt requested, (iii) national commercial courier service, or (iv) facsimile, in each case addressed as follows:

      (a)      If to Seller, addressed as follows:

              Frankie V's Kitchen, LLC
              Attn: Stephen A. McCartin
              2021 McKinney Avenue, Suite 1600
              Dallas, Texas 75201

      (b)      If to Purchaser addressed as follows:

              The Law Offices of David Davies, PLLC
              1023 Main Street, Suite 202
              Conway, AR 72032
              Attention: David Davies

Each such notice and other communication given by (w) personal delivery will be deemed given when it is delivered, (x) mail will be deemed to have been given five days after it is deposited in the United States mail in the manner specified herein, (y) national commercial courier service will be deemed to have been given the first Business Day after it is delivered to such service, and (z) facsimile will be deemed to have been given when it is so transmitted and the appropriate confirmation of transmittal is received.  Any party may change its address for the purpose hereof by giving notice in accordance with the provisions of this Section 10.7.

**10.8.   Governing Law.**  This Agreement shall be construed in accordance with the laws of the State of Texas (except for its principles governing conflicts of laws).

**10.9.   Submission to Jurisdiction; Consent to Service of Process.**

      (a)      Without limiting any party's right to appeal any order of the Bankruptcy Court, (i) the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes which may arise or result from, or be connected with, this Agreement, any breach or default hereunder, or the transactions contemplated hereby, and (ii) any and all proceedings related to the foregoing shall be filed and maintained only in the Bankruptcy Court, and the parties hereby consent to and submit to the jurisdiction and venue of the Bankruptcy Court and shall receive notices at such locations as indicated in Section 10.7; provided, however, that if the Bankruptcy Case has closed, the parties agree to unconditionally and irrevocably submit to the exclusive jurisdiction of the state and federal courts located in Dallas County, Texas for the resolution of any such

claim or dispute. The parties hereby irrevocably waive, to the fullest extent permitted by applicable law, any objection which they may now or hereafter have to the laying of venue of any such dispute brought in such court or any defense of inconvenient forum for the maintenance of such dispute. Each of the parties hereto agrees that a judgment in any such dispute may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law.

(b) Each of the parties hereto hereby consents to process being served by any party to this Agreement in any suit, action, or proceeding by delivery of a copy thereof in accordance with the provisions of Section 10.7.

**10.10. Waiver of Right to Trial by Jury**. Each party to this Agreement waives any right to trial by jury in any action, matter, or proceeding regarding this Agreement or any provision hereof.

**10.11. Counterparts.** This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute but one and the same instrument. Facsimile or scanned email (.pdf) transmission of any signed original document or retransmission of any signed facsimile or email (.pdf) transmission will be deemed the same as delivery of an original. At the request of either party, the other will confirm facsimile transmission by signing a duplicate original document.

**10.12. Survival of Representations and Warranties.** The representations and warranties contained in this Agreement shall expire upon the Closing and shall not survive beyond the Closing Date.

**10.13. Personal Liability.** Notwithstanding any provision hereof, except for fraud or breach of the non-compete provisions in Section 6.11, no officer of Seller or Purchaser shall have any personal liability to each other arising out of this Agreement.

**[Remainder of page left intentionally blank.]**

4850-1728-9116.7

IN WITNESS WHEREOF, the parties have executed this Agreement effective as of the date first written above.

**<u>SELLER:</u>**

FRANKIE V'S KITCHEN, LLC

By:_____

Name:_____

Title:_____

**<u>PURCHASER:</u>**

CASA VERDE FOODS, LLC

By:_____

Name:_____

Title:_____

*Signature page*

46-0596190
01/01/2018 - 12/31/2018

Depreciation Expense

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Auto** | | | | | | | | | | | | |
| 284 | | Vehicle | 6/15/2016 | SL / N/A | 5.0000 | 4,502.00 | 100.0000 | 0.00 | 0.00 | 1,425.63 | 900.40 | 2,326.03 |
| 297 | | 2008 Chevrolet box truck | 7/1/2017 | SL / N/A | 5.0000 | 1,247.52 | 100.0000 | 0.00 | 0.00 | 124.75 | 249.50 | 374.25 |
| 298 | | 2008 Chevrolet box truck | 7/1/2017 | SL / N/A | 5.0000 | 1,247.52 | 100.0000 | 0.00 | 0.00 | 124.75 | 249.50 | 374.25 |
| **Subtotal: Auto** | | | | | | 6,997.04 | | 0.00 | 0.00 | 1,675.13 | 1,399.40 | 3,074.53 |
| **Less dispositions and exchanges:** | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Auto** | | | | | | 6,997.04 | | 0.00 | 0.00 | 1,675.13 | 1,399.40 | 3,074.53 |
| **Computers & Equipment** | | | | | | | | | | | | |
| 22 | | Dell Server for AccountMate | 3/14/2017 | SL / N/A | 5.0000 | 10,293.08 | 100.0000 | 0.00 | 0.00 | 1,715.52 | 2,058.62 | 3,774.14 |
| 23 | | HP elite desktop workstations | 4/26/2017 | SL / N/A | 5.0000 | 2,459.94 | 100.0000 | 0.00 | 0.00 | 327.99 | 491.99 | 819.98 |
| 24 | | 2 x 2017 HP ProBooks 450 G4 15.6" Business Ultrabook | 7/26/2017 | SL / N/A | 5.0000 | 1,644.44 | 100.0000 | 0.00 | 0.00 | 137.04 | 328.89 | 465.93 |
| 116 | | Wireless Network Access Point + cables + Touchscreen 2 in1 laptop | 4/22/2017 | SL / N/A | 5.0000 | 2,441.10 | 100.0000 | 0.00 | 0.00 | 325.48 | 488.22 | 813.70 |
| 187 | | 5 x Samsung Galaxy TabPro S SM-W703NZKAXAR 12-inch Tablet (Intel Core M3 6Y30 0 | 5/23/2017 | SL / N/A | 5.0000 | 2,760.30 | 100.0000 | 0.00 | 0.00 | 322.03 | 552.06 | 874.09 |
| 190 | | Laptops from Amazon.com | 5/13/2016 | SL / N/A | 5.0000 | 1,464.75 | 100.0000 | 0.00 | 0.00 | 488.25 | 292.95 | 781.20 |
| 198 | | Computers from Best Buy | 2/9/2016 | SL / N/A | 5.0000 | 1,515.48 | 100.0000 | 0.00 | 0.00 | 580.94 | 303.10 | 884.04 |
| 199 | | Computers from Best Buy | 7/18/2016 | SL / N/A | 5.0000 | 1,149.33 | 100.0000 | 0.00 | 0.00 | 325.65 | 229.87 | 555.52 |
| 202 | | Mperia Standard enclosed 12' IP54; Printhead T-100, Scan true black ink | 8/23/2016 | SL / N/A | 5.0000 | 26,819.22 | 100.0000 | 0.00 | 0.00 | 7,151.79 | 5,363.84 | 12,515.63 |
| 226 | | Laptops from Newegg.com | 11/3/2016 | SL / N/A | 5.0000 | 4,228.90 | 100.0000 | 0.00 | 0.00 | 986.74 | 845.78 | 1,832.52 |
| 242 | | 2 x Computer w software | 5/17/2016 | SL / N/A | 5.0000 | 1,807.72 | 100.0000 | 0.00 | 0.00 | 572.44 | 361.54 | 933.98 |
| 244 | | Computer for Traceall System | 7/22/2016 | SL / N/A | 5.0000 | 3,926.83 | 100.0000 | 0.00 | 0.00 | 1,112.61 | 785.37 | 1,897.98 |
| 352 | | 2 x HP Laptop ProBook 450 G4 | 2/20/2018 | SL / N/A | 5.0000 | 1,718.41 | 100.0000 | 0.00 | 0.00 | 0.00 | 286.40 | 286.40 |
| 382 | | 2 x 16 Channel 3MP Network Video Recorder & 8 X NHD-820 1080P HD Security Camera | 8/14/2018 | SL / N/A | 5.0000 | 799.98 | 100.0000 | 0.00 | 0.00 | 0.00 | 66.67 | 66.67 |
| 384 | | Amazon - Laptop | 5/14/2018 | SL / N/A | 5.0000 | 2,291.98 | 100.0000 | 0.00 | 0.00 | 0.00 | 305.60 | 305.60 |
| 391 | | 2 x ASUSPRO Laptop | 10/9/2018 | SL / N/A | 5.0000 | 1,703.94 | 100.0000 | 0.00 | 0.00 | 0.00 | 85.20 | 85.20 |
| 392 | | 4 x ASUS VS228H-P 21.5" LED Monitors | 10/9/2018 | SL / N/A | 5.0000 | 466.72 | 100.0000 | 0.00 | 0.00 | 0.00 | 23.34 | 23.34 |
| 403 | | 3 x ASUSPRO Laptop - 15.6' FHD Matte Display | 8/21/2018 | SL / N/A | 5.0000 | 2,585.07 | 100.0000 | 0.00 | 0.00 | 0.00 | 172.34 | 172.34 |
| 404 | | 2 x CyberPower OL1500RTXL2U Smart App Online UPS System | 8/20/2018 | SL / N/A | 5.0000 | 1,376.84 | 100.0000 | 0.00 | 0.00 | 0.00 | 91.79 | 91.79 |
| 405 | | Cisco SG350X-24MP Layer 3 Switch + Tripp Lite Open Frame rack, Network Equip Rac | 8/20/2018 | SL / N/A | 5.0000 | 1,073.73 | 100.0000 | 0.00 | 0.00 | 0.00 | 71.58 | 71.58 |
| 406 | | 2 x In House Built Computer - MS Windows 10 Pro Machine w ASUS 21.5" Monitors | 7/21/2018 | SL / N/A | 5.0000 | 3,078.59 | 100.0000 | 0.00 | 0.00 | 0.00 | 256.55 | 256.55 |
| 436 | | 2 x Western Digital 1TB hard drive for server | 1/10/2018 | SL / N/A | 5.0000 | 607.79 | 100.0000 | 0.00 | 0.00 | 0.00 | 121.56 | 121.56 |
| 437 | | Dell Poweredge R320 Server | 2/7/2018 | SL / N/A | 5.0000 | 2,900.02 | 100.0000 | 0.00 | 0.00 | 0.00 | 531.67 | 531.67 |
| 439 | | 4 x ASUS VS228H-P 21.5" LED Monitors + 2 x StarTech USB 3.0 Docking Station | 10/28/2018 | SL / N/A | 5.0000 | 552.01 | 100.0000 | 0.00 | 0.00 | 0.00 | 18.40 | 18.40 |
| 448 | | 2 x ASUSPRO Laptops + 4 x ASUS VS228H-P 21.5" LED Monitors | 10/9/2018 | SL / N/A | 5.0000 | 2,170.66 | 100.0000 | 0.00 | 0.00 | 0.00 | 108.53 | 108.53 |
| 449 | | 4 z Western Digital 10TB Red NAS Hard Drives | 10/9/2018 | SL / N/A | 5.0000 | 1,428.86 | 100.0000 | 0.00 | 0.00 | 0.00 | 71.44 | 71.44 |
| 461 | | 2 x Intel NUC NUC6CAYH Mini PC/HTPC | 11/21/2018 | SL / N/A | 5.0000 | 699.98 | 100.0000 | 0.00 | 0.00 | 0.00 | 11.67 | 11.67 |
| 465 | | 2 x 2018 Lenovo Thinkpad N23 Laptops + 2 x ASUS VS228H-P 21.5" LED Monitors + | 12/13/2018 | SL / N/A | 5.0000 | 1,740.39 | 100.0000 | 0.00 | 0.00 | 0.00 | 29.01 | 29.01 |
| 486 | | 4 x Cisco SG300-10PP-K9 10 Port GB PoE+ Managed Switches | 9/11/2018 | SL / N/A | 5.0000 | 919.96 | 100.0000 | 0.00 | 0.00 | 0.00 | 61.33 | 61.33 |
| **Subtotal: Computers & Equipment** | | | | | | 86,626.02 | | 0.00 | 0.00 | 14,046.48 | 14,415.31 | 28,461.79 |
| **Less dispositions and exchanges:** | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Computers & Equipment** | | | | | | 86,626.02 | | 0.00 | 0.00 | 14,046.48 | 14,415.31 | 28,461.79 |
| **Furniture and Fixtures** | | | | | | | | | | | | |
| 10 | | Dan Bed | 11/2/2013 | SL / N/A | 7.0000 | 735.01 | 100.0000 | 0.00 | 0.00 | 437.50 | 105.00 | 542.50 |
| 11 | | Chrome Shelving | 11/23/2013 | SL / N/A | 7.0000 | 922.43 | 100.0000 | 0.00 | 0.00 | 538.10 | 131.78 | 669.88 |

Page 1
of 12

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Furniture and Fixtures** | | | | | | | | | | | | |
| 12 | | Dan Mattress | 12/20/2013 | SL / N/A | 7.0000 | 465.45 | 100.0000 | 0.00 | 0.00 | 265.96 | 66.49 | 332.45 |
| 25 | | Office Chairs | 5/1/2017 | SL / N/A | 7.0000 | 649.50 | 100.0000 | 0.00 | 0.00 | 61.86 | 92.79 | 154.65 |
| 34 | | IP Phone System | 5/11/2017 | SL / N/A | 7.0000 | 2,996.66 | 100.0000 | 0.00 | 0.00 | 285.39 | 428.09 | 713.48 |
| 36 | | Racking from Shoppas Material Handling | 6/19/2017 | SL / N/A | 7.0000 | 20,989.68 | 100.0000 | 0.00 | 0.00 | 1,499.27 | 2,998.53 | 4,497.80 |
| 122 | | 3 L-Shaped Desk, 1 Single Desk, 4 Task Chairs | 12/10/2013 | SL / N/A | 7.0000 | 2,102.13 | 100.0000 | 0.00 | 0.00 | 1,226.22 | 300.30 | 1,526.52 |
| 129 | | 12" Office Laminator | 11/26/2013 | SL / N/A | 5.0000 | 221.96 | 100.0000 | 0.00 | 0.00 | 181.26 | 40.70 | 221.96 |
| 130 | | Chrome Shelving | 12/23/2013 | SL / N/A | 7.0000 | 324.66 | 100.0000 | 0.00 | 0.00 | 185.52 | 46.38 | 231.90 |
| 133 | | Furnishings | 1/1/2013 | SL / N/A | 7.0000 | 4,158.31 | 100.0000 | 0.00 | 0.00 | 2,970.20 | 594.04 | 3,564.24 |
| 149 | | WASP Barcode | 10/4/2013 | SL / N/A | 5.0000 | 109.30 | 100.0000 | 0.00 | 0.00 | 92.91 | 16.39 | 109.30 |
| 151 | | Vaccuum Sealer | 10/17/2013 | SL / N/A | 5.0000 | 799.00 | 100.0000 | 0.00 | 0.00 | 665.83 | 133.17 | 799.00 |
| 160 | | INV M48638-01 addtl balance | 10/19/2017 | SL / N/A | 5.0000 | 3,020.77 | 100.0000 | 0.00 | 0.00 | 100.69 | 604.15 | 704.84 |
| 188 | | Painting from Judy Wagner | 5/25/2017 | SL / N/A | 7.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 416.67 | 714.29 | 1,130.96 |
| 192 | | Cargo Net for Van | 10/24/2013 | SL / N/A | 5.0000 | 168.75 | 100.0000 | 0.00 | 0.00 | 140.63 | 28.12 | 168.75 |
| 299 | | Furnishings for Test Kitchen | 7/1/2017 | SL / N/A | 7.0000 | 1,144.66 | 100.0000 | 0.00 | 0.00 | 81.76 | 163.52 | 245.28 |
| 314 | | Test Kitchen Refrigerator | 7/1/2017 | SL / N/A | 7.0000 | 1,445.24 | 100.0000 | 0.00 | 0.00 | 103.23 | 206.46 | 309.69 |
| 383 | | 8' and 2' Racking | 9/10/2018 | SL / N/A | 7.0000 | 3,725.75 | 100.0000 | 0.00 | 0.00 | 0.00 | 177.42 | 177.42 |
| 400 | | Waybetter Marketing | 8/13/2018 | SL / N/A | 7.0000 | 8,171.45 | 100.0000 | 0.00 | 0.00 | 0.00 | 486.40 | 486.40 |
| 402 | | 3 x L-Shape Desks 66" x 78", Espresso Finish + Bookcase 66" x 32" x 14" espresso | 8/24/2018 | SL / N/A | 7.0000 | 1,543.65 | 100.0000 | 0.00 | 0.00 | 0.00 | 73.51 | 73.51 |
| 423 | | 8' and 2' Racking | 8/31/2018 | SL / N/A | 7.0000 | 3,725.75 | 100.0000 | 0.00 | 0.00 | 0.00 | 177.42 | 177.42 |
| 438 | | 2 x Offex 40" H Plastic Utility A/V Cart w 3 Large Shelves and Cabinet | 10/19/2018 | SL / N/A | 7.0000 | 520.44 | 100.0000 | 0.00 | 0.00 | 0.00 | 12.39 | 12.39 |
| **Subtotal: Furniture and Fixtures** | | | | | | 62,940.55 | | 0.00 | 0.00 | 9,253.00 | 7,597.34 | 16,850.34 |
| **Less dispositions and exchanges:** | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Furniture and Fixtures** | | | | | | 62,940.55 | | 0.00 | 0.00 | 9,253.00 | 7,597.34 | 16,850.34 |
| **Leasehold Improvements** | | | | | | | | | | | | |
| 19 | | CIP Building | 5/18/2017 | SL / N/A | 15.0000 | 21,988.00 | 100.0000 | 0.00 | 0.00 | 855.09 | 1,465.87 | 2,320.96 |
| 27 | | HVAC 1550 RPM 115V Exhaust Fan | 1/18/2017 | SL / N/A | 5.0000 | 5,870.00 | 100.0000 | 0.00 | 0.00 | 1,076.17 | 1,174.00 | 2,250.17 |
| 30 | | Removed roof over compressor area to set new compressor & install copper air lin | 2/1/2017 | SL / N/A | 15.0000 | 5,597.56 | 100.0000 | 0.00 | 0.00 | 342.07 | 373.17 | 715.24 |
| 46 | | Build new enclosure room for air compresson | 2/20/2017 | SL / N/A | 15.0000 | 7,730.00 | 100.0000 | 0.00 | 0.00 | 429.44 | 515.33 | 944.77 |
| 47 | | Water tank relocation and stainless steel floor grating | 5/1/2017 | SL / N/A | 15.0000 | 7,730.95 | 100.0000 | 0.00 | 0.00 | 343.60 | 515.40 | 859.00 |
| 48 | | Roof Steam piping fabrication | 5/4/2017 | SL / N/A | 15.0000 | 8,865.18 | 100.0000 | 0.00 | 0.00 | 394.01 | 591.01 | 985.02 |
| 49 | | Steam and condensate pipe installation for 3 x 600 gallon kettles + roof pipe | 5/15/2017 | SL / N/A | 15.0000 | 63,865.00 | 100.0000 | 0.00 | 0.00 | 2,838.45 | 4,257.67 | 7,096.12 |
| 50 | | Mechanical labor with mixer operators on new valve orientation | 5/5/2017 | SL / N/A | 15.0000 | 6,447.25 | 100.0000 | 0.00 | 0.00 | 286.55 | 429.82 | 716.37 |
| 51 | | Warehouse - New 15 x 15 work area painting | 5/30/2017 | SL / N/A | 7.0000 | 400.00 | 100.0000 | 0.00 | 0.00 | 33.33 | 57.14 | 90.47 |
| 52 | | Condensate lines/relocate stem trap | 6/14/2017 | SL / N/A | 15.0000 | 5,710.00 | 100.0000 | 0.00 | 0.00 | 222.06 | 380.67 | 602.73 |
| 60 | | Kitchen Roof Steam Piping | 3/22/2017 | SL / N/A | 15.0000 | 35,191.49 | 100.0000 | 0.00 | 0.00 | 1,759.57 | 2,346.10 | 4,105.67 |
| 74 | | 120ft hallway, Construction of conference room, Hard ceiling for storage | 3/20/2017 | SL / N/A | 15.0000 | 19,421.12 | 100.0000 | 0.00 | 0.00 | 971.06 | 1,294.74 | 2,265.80 |
| 75 | | 7.5 ton carrier ac installed + electrical and gas for production area | 5/16/2017 | SL / N/A | 15.0000 | 8,750.00 | 100.0000 | 0.00 | 0.00 | 388.89 | 583.33 | 972.22 |
| 76 | | 2 x 12 TON CARRIER AC UNITS + electrical & gas for Warehouse | 5/8/2017 | SL / N/A | 15.0000 | 30,900.00 | 100.0000 | 0.00 | 0.00 | 1,373.33 | 2,060.00 | 3,433.33 |
| 77 | | Warehouse Remodel - Painting | 5/8/2017 | SL / N/A | 7.0000 | 5,250.00 | 100.0000 | 0.00 | 0.00 | 500.00 | 750.00 | 1,250.00 |
| 78 | | New electrical circuits for new packaging area | 7/3/2017 | SL / N/A | 15.0000 | 735.18 | 100.0000 | 0.00 | 0.00 | 24.51 | 49.01 | 73.52 |
| 82 | | Roof Flashing | 7/3/2017 | SL / N/A | 15.0000 | 3,693.40 | 100.0000 | 0.00 | 0.00 | 123.12 | 246.23 | 369.35 |
| 83 | | Roll up door and opening for conveyor | 7/3/2017 | SL / N/A | 15.0000 | 4,420.49 | 100.0000 | 0.00 | 0.00 | 147.35 | 294.70 | 442.05 |
| 84 | | Electrical for new exhaust and make up air | 7/3/2017 | SL / N/A | 15.0000 | 2,817.55 | 100.0000 | 0.00 | 0.00 | 93.92 | 187.84 | 281.76 |

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Leasehold Improvements**

| # | Description | Date | Method | Life | Cost | % | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | New Warehouse - 3 offices | 4/27/2017 | SL / N/A | 15.0000 | 17,880.65 | 100.0000 | 0.00 | 0.00 | 794.69 | 1,192.04 | 1,986.73 |
| 88 | Raise and rebuild ceiling in back kitchen | 5/15/2017 | SL / N/A | 15.0000 | 1,600.00 | 100.0000 | 0.00 | 0.00 | 71.11 | 106.67 | 177.78 |
| 89 | Lighting ordered by Alfredo | 5/17/2017 | SL / N/A | 7.0000 | 4,319.18 | 100.0000 | 0.00 | 0.00 | 359.93 | 617.03 | 976.96 |
| 90 | Painting of hallway and 2 Offices | 3/21/2017 | SL / N/A | 7.0000 | 1,423.83 | 100.0000 | 0.00 | 0.00 | 152.55 | 203.40 | 355.95 |
| 91 | Warehouse - Build new 15 x 15 work area + new door | 5/30/2017 | SL / N/A | 15.0000 | 1,750.00 | 100.0000 | 0.00 | 0.00 | 68.06 | 116.67 | 184.73 |
| 92 | High voltage 460 panel installed in new packaging room tied to main switchgear | 6/18/2017 | SL / N/A | 15.0000 | 6,500.00 | 100.0000 | 0.00 | 0.00 | 216.67 | 433.33 | 650.00 |
| 94 | Framing work for back kitchen | 6/19/2017 | SL / N/A | 15.0000 | 2,385.00 | 100.0000 | 0.00 | 0.00 | 79.50 | 159.00 | 238.50 |
| 95 | Plumbing and air line for CIP | 6/21/2017 | SL / N/A | 15.0000 | 1,595.68 | 100.0000 | 0.00 | 0.00 | 53.19 | 106.38 | 159.57 |
| 96 | New 120/240 elec panel | 6/25/2017 | SL / N/A | 15.0000 | 6,128.00 | 100.0000 | 0.00 | 0.00 | 204.27 | 408.53 | 612.80 |
| 102 | Steam Project | 5/3/2017 | SL / N/A | 15.0000 | 1,923.69 | 100.0000 | 0.00 | 0.00 | 85.50 | 128.25 | 213.75 |
| 105 | Construction on new Production Area | 5/16/2017 | SL / N/A | 15.0000 | 29,295.63 | 100.0000 | 0.00 | 0.00 | 1,302.03 | 1,953.04 | 3,255.07 |
| 106 | Exhaust fan for cooling table | 7/1/2017 | SL / N/A | 15.0000 | 4,538.00 | 100.0000 | 0.00 | 0.00 | 151.27 | 302.53 | 453.80 |
| 107 | Electrical work for new packaging area | 7/12/2017 | SL / N/A | 15.0000 | 2,749.52 | 100.0000 | 0.00 | 0.00 | 91.65 | 183.30 | 274.95 |
| 109 | Project Services Group Engineering | 3/17/2017 | SL / N/A | 15.0000 | 12,009.00 | 100.0000 | 0.00 | 0.00 | 600.45 | 800.60 | 1,401.05 |
| 115 | Dock Shelter | 6/27/2017 | SL / N/A | 15.0000 | 7,149.91 | 100.0000 | 0.00 | 0.00 | 238.33 | 476.66 | 714.99 |
| 117 | AC Work | 6/27/2017 | SL / N/A | 15.0000 | 12,905.00 | 100.0000 | 0.00 | 0.00 | 430.17 | 860.33 | 1,290.50 |
| 118 | Replaced compressor | 7/1/2017 | SL / N/A | 15.0000 | 6,400.00 | 100.0000 | 0.00 | 0.00 | 213.34 | 426.67 | 640.01 |
| 119 | Maverick INV S2151671.010 | 7/1/2017 | SL / N/A | 15.0000 | 22,004.39 | 100.0000 | 0.00 | 0.00 | 733.48 | 1,466.96 | 2,200.44 |
| 120 | Improvements | 12/21/2017 | SL / N/A | 15.0000 | 109,913.39 | 100.0000 | 0.00 | 0.00 | 0.00 | 7,327.56 | 7,327.56 |
| 123 | Construction Materials | 7/10/2017 | SL / N/A | 15.0000 | 3,352.83 | 100.0000 | 0.00 | 0.00 | 111.76 | 223.52 | 335.28 |
| 124 | Installed new 2" Stainless Steel condensate Line from new Production Room to c | 7/12/2017 | SL / N/A | 15.0000 | 4,977.50 | 100.0000 | 0.00 | 0.00 | 165.92 | 331.83 | 497.75 |
| 125 | Installed 1" Carbon Steel Steam Piping Supply on Roof to new location of Steam | 7/13/2017 | SL / N/A | 15.0000 | 3,835.00 | 100.0000 | 0.00 | 0.00 | 127.84 | 255.67 | 383.51 |
| 128 | Installation of RO Water to Mixers 1-6. Had materials ordered from Stuart Hose | 7/21/2017 | SL / N/A | 15.0000 | 4,195.00 | 100.0000 | 0.00 | 0.00 | 116.53 | 279.67 | 396.20 |
| 134 | Maverick Inv 107813 Framing/crane rental | 8/13/2017 | SL / N/A | 15.0000 | 7,020.41 | 100.0000 | 0.00 | 0.00 | 195.01 | 468.03 | 663.04 |
| 135 | New electrical for Cooling table & exhaust | 8/15/2017 | SL / N/A | 5.0000 | 3,285.16 | 100.0000 | 0.00 | 0.00 | 273.76 | 657.03 | 930.79 |
| 136 | 10' x 6' Roll Up Door + 10' x 5' Roll Up Door | 8/17/2017 | SL / N/A | 15.0000 | 3,100.00 | 100.0000 | 0.00 | 0.00 | 68.89 | 206.67 | 275.56 |
| 138 | Installed new Stainless Steel piping to re-located steam tunnel + New condensor | 8/21/2017 | SL / N/A | 15.0000 | 8,608.50 | 100.0000 | 0.00 | 0.00 | 191.30 | 573.90 | 765.20 |
| 142 | Materials and installation of 300 Gallon Kettles and condensate return line | 9/12/2017 | SL / N/A | 15.0000 | 11,220.00 | 100.0000 | 0.00 | 0.00 | 249.33 | 748.00 | 997.33 |
| 147 | Welded and fabricated transfer pipes for manifold. Ran piping for 4 kettles, ran | 9/25/2017 | SL / N/A | 15.0000 | 13,728.79 | 100.0000 | 0.00 | 0.00 | 228.81 | 915.25 | 1,144.06 |
| 148 | 10 x 14 Slab (extra thickness 8 inches) | 10/1/2017 | SL / N/A | 15.0000 | 3,413.16 | 100.0000 | 0.00 | 0.00 | 56.89 | 227.54 | 284.43 |
| 150 | Completed Chill Water PVC piping inside production building | 10/1/2017 | SL / N/A | 15.0000 | 2,325.00 | 100.0000 | 0.00 | 0.00 | 38.75 | 155.00 | 193.75 |
| 152 | Kettle Automation Project | 10/1/2017 | SL / N/A | 15.0000 | 36,221.00 | 100.0000 | 0.00 | 0.00 | 603.68 | 2,414.73 | 3,018.41 |
| 153 | Wall modification for conveyor install | 10/2/2017 | SL / N/A | 5.0000 | 1,064.63 | 100.0000 | 0.00 | 0.00 | 53.23 | 212.93 | 266.16 |
| 155 | Build and install plenum box for cooling table exhaust | 10/3/2017 | SL / N/A | 5.0000 | 3,839.13 | 100.0000 | 0.00 | 0.00 | 191.96 | 767.83 | 959.79 |
| 156 | Install 3" PVC chillwater lines outside production building | 10/8/2017 | SL / N/A | 5.0000 | 2,105.00 | 100.0000 | 0.00 | 0.00 | 105.25 | 421.00 | 526.25 |
| 157 | Warehouse - 10 x LED Output Lights | 10/12/2017 | SL / N/A | 15.0000 | 5,178.02 | 100.0000 | 0.00 | 0.00 | 86.30 | 345.20 | 431.50 |
| 158 | Plumbing for Test Kitchen | 10/18/2017 | SL / N/A | 5.0000 | 1,165.58 | 100.0000 | 0.00 | 0.00 | 38.85 | 233.12 | 271.97 |
| 162 | Packaging Area - Door #1 for forklift entrance (6' x 10' Roll Up Door) | 6/25/2017 | SL / N/A | 15.0000 | 2,260.00 | 100.0000 | 0.00 | 0.00 | 75.34 | 150.67 | 226.01 |
| 167 | INV 1004 | 11/10/2017 | SL / N/A | 15.0000 | 28,006.08 | 100.0000 | 0.00 | 0.00 | 311.18 | 1,867.07 | 2,178.25 |
| 169 | Installation of Chill Water piping to new Cooling Tank & Heat Exchanger | 11/14/2017 | SL / N/A | 5.0000 | 8,117.50 | 100.0000 | 0.00 | 0.00 | 270.58 | 1,623.50 | 1,894.08 |
| 173 | Intallation of 1" PVC City Water Piping to Cooling Tower in Boiler Room | 12/1/2017 | SL / N/A | 5.0000 | 1,865.00 | 100.0000 | 0.00 | 0.00 | 31.08 | 373.00 | 404.08 |
| 176 | INV 1022 | 12/11/2017 | SL / N/A | 15.0000 | 2,174.84 | 100.0000 | 0.00 | 0.00 | 12.08 | 144.99 | 157.07 |
| 177 | INV 1024 | 12/11/2017 | SL / N/A | 15.0000 | 2,257.71 | 100.0000 | 0.00 | 0.00 | 12.54 | 150.51 | 163.05 |
| 178 | INV 1023 | 12/11/2017 | SL / N/A | 15.0000 | 5,263.39 | 100.0000 | 0.00 | 0.00 | 29.24 | 350.89 | 380.13 |
| 179 | Floor sealer, paint and prep supplies + labor | 12/16/2017 | SL / N/A | 7.0000 | 1,783.38 | 100.0000 | 0.00 | 0.00 | 21.23 | 254.77 | 276.00 |

46-0596190                               Frankie V's Kitchen LLC [FRANK-001]                                              4/9/2019
01/01/2018 - 12/31/2018                       Depreciation Expense                                                    8:20:40 AM

Sorted: General - category                          Financial

01/01/2018 - 12/31/2018

**Leasehold Improvements**

| System No. | Description | Date in Service | Method/Conv. | Recovery Period | Cost/Other Basis | Business % | (Cur. Yr. Only) | Basis Adj. | Prior Accum. Depreciation (Sec. 179) | Current Depreciation | Total Depreciation (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | Vent Stack and Support Railings for Cooling Table; SS Shroud for remote condens | 8/17/2017 | SL / N/A | 5.0000 | 1,875.98 | 100.0000 | 0.00 | 0.00 | 125.07 | 375.20 | 500.27 |
| 184 | Warehouse - Gas heater installation | 12/29/2017 | SL / N/A | 5.0000 | 713.35 | 100.0000 | 0.00 | 0.00 | 142.67 | 142.67 | |
| 185 | Packaging Area - Door #2 for Conveyor Exit (5' x 10' Roll Up Door) | 6/25/2017 | SL / N/A | 15.0000 | 2,950.00 | 100.0000 | 0.00 | 0.00 | 98.34 | 196.67 | 295.01 |
| 186 | INV 1030 | 12/29/2017 | SL / N/A | 15.0000 | 7,003.04 | 100.0000 | 0.00 | 0.00 | 0.00 | 466.87 | 466.87 |
| 189 | New Security System for additional area | 11/9/2017 | SL / N/A | 5.0000 | 2,788.22 | 100.0000 | 0.00 | 0.00 | 92.94 | 557.64 | 650.58 |
| 257 | AC unit for back kitchen. Install 10 ton unit | 6/16/2016 | SL / N/A | 15.0000 | 11,190.00 | 100.0000 | 0.00 | 0.00 | 1,119.00 | 746.00 | 1,865.00 |
| 259 | Framing materials/materials to finish warehouse | 10/3/2016 | SL / N/A | 15.0000 | 6,117.32 | 100.0000 | 0.00 | 0.00 | 509.78 | 407.82 | 917.60 |
| 260 | Build enclosure at new warehouse;maintenance doors repair | 10/4/2016 | SL / N/A | 15.0000 | 4,800.00 | 100.0000 | 0.00 | 0.00 | 400.00 | 320.00 | 720.00 |
| 262 | New concrete ramp/gutters for outside buildings | 11/18/2016 | SL / N/A | 15.0000 | 9,375.00 | 100.0000 | 0.00 | 0.00 | 677.08 | 625.00 | 1,302.08 |
| 295 | Warehouse Remodel | 5/8/2017 | SL / N/A | 15.0000 | 24,250.00 | 100.0000 | 0.00 | 0.00 | 1,077.78 | 1,616.67 | 2,694.45 |
| 300 | Switzer Avenue - Plumbing Improvements | 7/1/2017 | SL / N/A | 15.0000 | 143,972.05 | 100.0000 | 0.00 | 0.00 | 4,799.07 | 9,598.14 | 14,397.21 |
| 301 | Switzer Avenue - HVAC | 7/1/2017 | SL / N/A | 15.0000 | 57,554.11 | 100.0000 | 0.00 | 0.00 | 1,918.47 | 3,836.94 | 5,755.41 |
| 302 | Switzer Avenue - Painting Improvements | 7/1/2017 | SL / N/A | 7.0000 | 4,904.30 | 100.0000 | 0.00 | 0.00 | 350.31 | 700.61 | 1,050.92 |
| 303 | Switzer Avenue - Electrical Improvements | 7/1/2017 | SL / N/A | 15.0000 | 5,930.28 | 100.0000 | 0.00 | 0.00 | 197.68 | 395.35 | 593.03 |
| 304 | Switzer Avenue - Installation of Fire System | 7/1/2017 | SL / N/A | 15.0000 | 750.39 | 100.0000 | 0.00 | 0.00 | 25.02 | 50.03 | 75.05 |
| 305 | Switzer Avenue - Building Improvements | 7/1/2017 | SL / N/A | 15.0000 | 46,645.53 | 100.0000 | 0.00 | 0.00 | 1,554.85 | 3,109.70 | 4,664.55 |
| 306 | Security System | 7/1/2017 | SL / N/A | 5.0000 | 2,330.43 | 100.0000 | 0.00 | 0.00 | 233.05 | 466.09 | 699.14 |
| 307 | Test Kitchen Sinks | 7/1/2017 | SL / N/A | 15.0000 | 489.53 | 100.0000 | 0.00 | 0.00 | 16.32 | 32.64 | 48.96 |
| 308 | Purchase & Installation of Vent A Hoods for Test Kitchen | 7/1/2017 | SL / N/A | 15.0000 | 11,877.23 | 100.0000 | 0.00 | 0.00 | 395.91 | 791.82 | 1,187.73 |
| 309 | Test Kitchen Stainless Steeel Tables, Oven and Refridgerator Displays | 7/1/2017 | SL / N/A | 7.0000 | 13,880.00 | 100.0000 | 0.00 | 0.00 | 991.43 | 1,982.86 | 2,974.29 |
| 316 | Test Kitchen Granite Countertops | 7/1/2017 | SL / N/A | 7.0000 | 2,832.71 | 100.0000 | 0.00 | 0.00 | 202.34 | 404.67 | 607.01 |
| 317 | Test Kitchen HVAC | 7/1/2017 | SL / N/A | 15.0000 | 11,648.02 | 100.0000 | 0.00 | 0.00 | 388.27 | 776.53 | 1,164.80 |
| 318 | Test Kitchen Backsplash | 7/1/2017 | SL / N/A | 7.0000 | 447.98 | 100.0000 | 0.00 | 0.00 | 32.00 | 64.00 | 96.00 |
| 323 | Test Kitchen Cabinets | 7/1/2017 | SL / N/A | 15.0000 | 6,720.00 | 100.0000 | 0.00 | 0.00 | 224.00 | 448.00 | 672.00 |
| 325 | Packaging Area - Insulate A/C ducts | 6/25/2017 | SL / N/A | 15.0000 | 1,155.00 | 100.0000 | 0.00 | 0.00 | 38.50 | 77.00 | 115.50 |
| 326 | Packaging Area - Install Exhaust Stack for Cooling Table | 6/25/2017 | SL / N/A | 5.0000 | 850.00 | 100.0000 | 0.00 | 0.00 | 85.00 | 170.00 | 255.00 |
| 327 | Sink and Faucet for lab | 9/19/2017 | SL / N/A | 15.0000 | 678.00 | 100.0000 | 0.00 | 0.00 | 11.30 | 45.20 | 56.50 |
| 328 | Flooring for Lab | 9/19/2017 | SL / N/A | 7.0000 | 948.50 | 100.0000 | 0.00 | 0.00 | 33.88 | 135.50 | 169.38 |
| 329 | Flooring for Hallway | 9/19/2017 | SL / N/A | 7.0000 | 2,050.00 | 100.0000 | 0.00 | 0.00 | 73.22 | 292.86 | 366.08 |
| 330 | 2500 CFM Variable Speed Exhaust Fan for Cooling Table | 9/19/2017 | SL / N/A | 5.0000 | 1,783.00 | 100.0000 | 0.00 | 0.00 | 89.15 | 356.60 | 445.75 |
| 331 | Demo wall for new space access | 10/18/2017 | SL / N/A | 15.0000 | 1,150.00 | 100.0000 | 0.00 | 0.00 | 12.78 | 76.67 | 89.45 |
| 332 | Warehouse - new entry door | 10/18/2017 | SL / N/A | 5.0000 | 755.28 | 100.0000 | 0.00 | 0.00 | 25.18 | 151.06 | 176.24 |
| 333 | Warehouse - Paint, caulk, ceiling tiles, wall base trim, weatherstripping | 12/20/2017 | SL / N/A | 15.0000 | 3,394.58 | 100.0000 | 0.00 | 0.00 | 0.00 | 226.31 | 226.31 |
| 334 | Cooling table & exhaust - 7 x LED Lights | 8/15/2017 | SL / N/A | 15.0000 | 2,275.00 | 100.0000 | 0.00 | 0.00 | 63.20 | 151.67 | 214.87 |
| 335 | 200 extra ceiling tiles for later use and to redo office tiles | 10/2/2017 | SL / N/A | 15.0000 | 1,200.00 | 100.0000 | 0.00 | 0.00 | 20.00 | 80.00 | 100.00 |
| 337 | Employee Hallway - epoxy floor | 1/7/2018 | SL / N/A | 39.0000 | 2,339.61 | 100.0000 | 0.00 | 0.00 | 0.00 | 59.99 | 59.99 |
| 338 | 5 new trench drains & 18 new SS drain grates | 1/7/2018 | SL / N/A | 39.0000 | 9,310.93 | 100.0000 | 0.00 | 0.00 | 0.00 | 238.74 | 238.74 |
| 342 | New Spice Room | 2/1/2018 | SL / N/A | 39.0000 | 23,720.88 | 100.0000 | 0.00 | 0.00 | 0.00 | 557.54 | 557.54 |
| 343 | New Spice Room - 3 ton AC + HEPA Filtration System + related electrical & plumbi | 2/1/2018 | SL / N/A | 39.0000 | 10,800.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 253.84 | 253.84 |
| 344 | New Spice Room - Painting | 2/1/2018 | SL / N/A | 39.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 35.26 | 35.26 |
| 345 | New Spice Room - Expansion | 2/28/2018 | SL / N/A | 39.0000 | 15,115.10 | 100.0000 | 0.00 | 0.00 | 0.00 | 322.97 | 322.97 |
| 347 | Miscellaneous Painting | 2/14/2018 | SL / N/A | 39.0000 | 1,384.11 | 100.0000 | 0.00 | 0.00 | 0.00 | 32.53 | 32.53 |
| 351 | Installation of S-420 Dock Shelter on an EOD next to ramp door | 2/14/2018 | SL / N/A | 39.0000 | 4,297.53 | 100.0000 | 0.00 | 0.00 | 0.00 | 101.01 | 101.01 |
| 354 | Stainless Steel Hood for Cooling Table Fans | 3/12/2018 | SL / N/A | 39.0000 | 1,758.38 | 100.0000 | 0.00 | 0.00 | 0.00 | 37.57 | 37.57 |
| 355 | REMODEL Spice Room | 3/18/2018 | SL / N/A | 39.0000 | 4,037.48 | 100.0000 | 0.00 | 0.00 | 0.00 | 77.65 | 77.65 |

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Leasehold Improvements** | | | | | | | | | | | | |
| 364 | | CIP Heat Exchanger | 3/19/2018 | SL / N/A | 39.0000 | 8,195.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 157.60 | 157.60 |
| 371 | | Spice Room Remodel | 3/15/2018 | SL / N/A | 39.0000 | 1,660.65 | 100.0000 | 0.00 | 0.00 | 0.00 | 35.48 | 35.48 |
| 378 | | Test Kitchen Remodel | 4/6/2018 | SL / N/A | 39.0000 | 4,438.50 | 100.0000 | 0.00 | 0.00 | 0.00 | 85.36 | 85.36 |
| 379 | | Test Kitchen Remodel - 10 ton AC; AC Plenum, Rework gas and water & move vents | 4/6/2018 | SL / N/A | 5.0000 | 14,938.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,240.70 | 2,240.70 |
| 395 | | 30 Watt Fixture + 2 x ArmorLite Lamp Covers | 7/17/2018 | SL / N/A | 39.0000 | 1,178.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 12.59 | 12.59 |
| 396 | | 4 x NEST Thermostats Installed | 7/15/2018 | SL / N/A | 39.0000 | 1,580.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 20.26 | 20.26 |
| 397 | | 30 Watt Fixture 120v 60Hz UVC + 2 x ArmorLite Lamp Covers 25-36" TB | 7/18/2018 | SL / N/A | 39.0000 | 1,032.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 11.03 | 11.03 |
| 398 | | 6 x 160 Wat Fixture 230V 60Hz UVC + 24 x ArmorLite Lamp Covers 25-36" TB | 7/31/2018 | SL / N/A | 39.0000 | 7,133.81 | 100.0000 | 0.00 | 0.00 | 0.00 | 76.22 | 76.22 |
| 401 | | 10 ton A/C + 2 x NEST Thermostats | 7/6/2018 | SL / N/A | 39.0000 | 13,295.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 170.45 | 170.45 |
| 428 | | Temporary electrical for specified equipment by Blue Volt Electric | 8/31/2018 | SL / N/A | 7.0000 | 5,183.01 | 100.0000 | 0.00 | 0.00 | 0.00 | 246.81 | 246.81 |
| 429 | | Wire 2 front offices with data cables and Fiber | 8/31/2018 | SL / N/A | 7.0000 | 4,889.12 | 100.0000 | 0.00 | 0.00 | 0.00 | 232.82 | 232.82 |
| 430 | | Purchase and install Hercules Insulated Exit Doors | 8/23/2018 | SL / N/A | 39.0000 | 5,636.80 | 100.0000 | 0.00 | 0.00 | 0.00 | 48.18 | 48.18 |
| 431 | | Electric disconnect required by City + Permit and Q-Team | 8/23/2018 | SL / N/A | 39.0000 | 12,700.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 108.55 | 108.55 |
| 433 | | Kitchen Sink, Faucet, Worktables, drain box and food boxes | 8/20/2018 | SL / N/A | 5.0000 | 10,189.33 | 100.0000 | 0.00 | 0.00 | 0.00 | 679.29 | 679.29 |
| 442 | | Water Heater + Installation | 10/9/2018 | SL / N/A | 5.0000 | 17,843.09 | 100.0000 | 0.00 | 0.00 | 0.00 | 892.16 | 892.16 |
| 443 | | Kitchen Upgrade | 10/9/2018 | SL / N/A | 5.0000 | 43,508.03 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,175.40 | 2,175.40 |
| 444 | | Flooring Upgrade | 10/9/2018 | SL / N/A | 7.0000 | 15,075.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 538.39 | 538.39 |
| 445 | | Roofing for Plumbing Vents | 10/12/2018 | SL / N/A | 15.0000 | 2,095.90 | 100.0000 | 0.00 | 0.00 | 0.00 | 34.93 | 34.93 |
| 447 | | Video Surveillance | 10/24/2018 | SL / N/A | 7.0000 | 1,244.88 | 100.0000 | 0.00 | 0.00 | 0.00 | 29.64 | 29.64 |
| 451 | | NEW 20' Wall Upgrade in Cooler | 10/1/2018 | SL / N/A | 15.0000 | 2,660.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 44.33 | 44.33 |
| 453 | | NEW 5 ton A/C for Centurion Office | 10/1/2018 | SL / N/A | 15.0000 | 6,700.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 111.67 | 111.67 |
| 454 | | Metal trim and prep work for old freezer conversion | 10/1/2018 | SL / N/A | 15.0000 | 2,737.55 | 100.0000 | 0.00 | 0.00 | 0.00 | 45.63 | 45.63 |
| 455 | | Clean and seal old freezer floor | 10/1/2018 | SL / N/A | 15.0000 | 1,800.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 30.00 | 30.00 |
| 456 | | Service Wire Pull | 10/6/2018 | SL / N/A | 5.0000 | 5,404.30 | 100.0000 | 0.00 | 0.00 | 0.00 | 270.22 | 270.22 |
| 457 | | 3 Extra Drains and tie in to main sanitary sewer and grease trap install | 10/9/2018 | SL / N/A | 5.0000 | 7,370.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 368.50 | 368.50 |
| 458 | | New Partition Wall | 10/16/2018 | SL / N/A | 5.0000 | 1,338.39 | 100.0000 | 0.00 | 0.00 | 0.00 | 66.92 | 66.92 |
| 470 | | 20 x Wireless Access Points + Cat6 Cable drops | 11/7/2018 | SL / N/A | 15.0000 | 12,772.42 | 100.0000 | 0.00 | 0.00 | 0.00 | 141.92 | 141.92 |
| 472 | | PICO ROOM - Install 20 x 3 Phase 480 Circuits | 11/26/2018 | SL / N/A | 15.0000 | 23,522.40 | 100.0000 | 0.00 | 0.00 | 0.00 | 130.68 | 130.68 |
| 473 | | Installation of 36' Wall w 10' Case Opening + Wall Panels | 11/10/2018 | SL / N/A | 15.0000 | 3,915.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 43.50 | 43.50 |
| 475 | | New programming to control water supply to Kettle | 12/26/2018 | SL / N/A | 15.0000 | 8,455.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 476 | | Provide and install 60amp and 80amp breakers for roof top units | 12/4/2018 | SL / N/A | 15.0000 | 2,788.74 | 100.0000 | 0.00 | 0.00 | 0.00 | 15.49 | 15.49 |
| 477 | | Install 120 recepticals, electrical distribution fo shop equipment & incoming eq | 12/26/2018 | SL / N/A | 15.0000 | 14,235.98 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 478 | | Installation of new kettle, pipe in, seal and build structure to hold electrical | 12/20/2018 | SL / N/A | 15.0000 | 3,336.05 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 484 | | Warehouse Racking | 12/31/2018 | SL / N/A | 5.0000 | 43,072.68 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal: Leasehold Improvements** | | | | | | 1,451,690.13 | | 0.00 | 0.00 | 37,596.96 | 89,849.91 | 127,446.87 |
| **Less dispositions and exchanges:** | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Leasehold Improvements** | | | | | | 1,451,690.13 | | 0.00 | 0.00 | 37,596.96 | 89,849.91 | 127,446.87 |
| **Machinery and Equipment** | | | | | | | | | | | | |
| 1 | | Grinders | 10/31/2012 | SL / N/A | 5.0000 | 6,650.00 | 100.0000 | 0.00 | 0.00 | 6,650.00 | 0.00 | 6,650.00 |
| 2 | | Equipment | 10/31/2012 | SL / N/A | 5.0000 | 16,794.09 | 100.0000 | 0.00 | 0.00 | 16,794.09 | 0.00 | 16,794.09 |
| 4 | | Vitamix Corp equipment | 10/31/2012 | SL / N/A | 5.0000 | 322.59 | 100.0000 | 0.00 | 0.00 | 322.59 | 0.00 | 322.59 |
| 5 | | Kitchen Equip | 6/15/2014 | SL / N/A | 5.0000 | 1,868.37 | 100.0000 | 0.00 | 0.00 | 1,338.98 | 373.67 | 1,712.65 |
| 6 | | Robot Coupe | 3/5/2015 | SL / N/A | 5.0000 | 5,500.00 | 100.0000 | 0.00 | 0.00 | 3,116.67 | 1,100.00 | 4,216.67 |

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

**Machinery and Equipment**

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | Equipment | 7/30/2015 | SL / N/A | 5.0000 | 1,799.80 | 100.0000 | 0.00 | 0.00 | 869.90 | 359.96 | 1,229.86 |
| 8 | | Kettle Purchase | 12/9/2015 | SL / N/A | 5.0000 | 11,000.00 | 100.0000 | 0.00 | 0.00 | 4,583.33 | 2,200.00 | 6,783.33 |
| 13 | | Vent A Hood | 9/28/2016 | SL / N/A | 5.0000 | 5,500.00 | 100.0000 | 0.00 | 0.00 | 1,375.00 | 1,100.00 | 2,475.00 |
| 14 | | TRANE- 10 ton gas package unit 230 3 phase | 4/22/2016 | SL / N/A | 5.0000 | 17,531.18 | 100.0000 | 0.00 | 0.00 | 5,843.73 | 3,506.24 | 9,349.97 |
| 15 | | PAL salt meter ; pal 3 digital refractometer | 7/29/2016 | SL / N/A | 5.0000 | 2,356.72 | 100.0000 | 0.00 | 0.00 | 667.73 | 471.34 | 1,139.07 |
| 16 | | Certified pre owned Lee 600 gallon kettle | 2/3/2017 | SL / N/A | 5.0000 | 14,779.00 | 100.0000 | 0.00 | 0.00 | 2,709.48 | 2,955.80 | 5,665.28 |
| 20 | | Fabricated frames for (2) 300 gallon kettles, variable frequency drives & instal | 7/12/2016 | SL / N/A | 7.0000 | 84,581.30 | 100.0000 | 0.00 | 0.00 | 18,124.56 | 12,083.04 | 30,207.60 |
| 21 | | 2 x 30HP Condensors - installation of condensors, refrigerant lines and variable | 7/5/2016 | SL / N/A | 7.0000 | 45,976.25 | 100.0000 | 0.00 | 0.00 | 9,852.06 | 6,568.04 | 16,420.10 |
| 26 | | Rot Impeller | 8/5/2016 | SL / N/A | 7.0000 | 4,494.19 | 100.0000 | 0.00 | 0.00 | 909.54 | 642.03 | 1,551.57 |
| 28 | | Food grade film 20.60 x 5 mil | 1/18/2017 | SL / N/A | 5.0000 | 6,775.00 | 100.0000 | 0.00 | 0.00 | 1,242.08 | 1,355.00 | 2,597.08 |
| 29 | | 50 HP compressor | 1/28/2017 | SL / N/A | 5.0000 | 4,686.50 | 100.0000 | 0.00 | 0.00 | 859.19 | 937.30 | 1,796.49 |
| 31 | | Vertical Drum Pourer 106" | 2/10/2017 | SL / N/A | 5.0000 | 23,391.00 | 100.0000 | 0.00 | 0.00 | 4,288.35 | 4,678.20 | 8,966.55 |
| 32 | | 90 degree hood vents | 3/1/2017 | SL / N/A | 5.0000 | 14,184.00 | 100.0000 | 0.00 | 0.00 | 2,364.00 | 2,836.80 | 5,200.80 |
| 33 | | Hood Vents | 5/17/2017 | SL / N/A | 5.0000 | 2,556.00 | 100.0000 | 0.00 | 0.00 | 298.20 | 511.20 | 809.40 |
| 35 | | ST600 Index Label Applicator | 6/23/2017 | SL / N/A | 5.0000 | 6,307.50 | 100.0000 | 0.00 | 0.00 | 630.75 | 1,261.50 | 1,892.25 |
| 37 | | Volumetric two head piston filler | 5/24/2017 | SL / N/A | 5.0000 | 16,500.00 | 100.0000 | 0.00 | 0.00 | 1,925.00 | 3,300.00 | 5,225.00 |
| 38 | | 2646 Scissor Lift | 3/24/2017 | SL / N/A | 5.0000 | 8,678.07 | 100.0000 | 0.00 | 0.00 | 1,301.71 | 1,735.61 | 3,037.32 |
| 39 | | Long Stainless Bottle Cooling Tunnel | 3/28/2017 | SL / N/A | 5.0000 | 43,500.00 | 100.0000 | 0.00 | 0.00 | 6,525.00 | 8,700.00 | 15,225.00 |
| 40 | | 3 x tank CIP system | 4/17/2017 | SL / N/A | 5.0000 | 21,577.50 | 100.0000 | 0.00 | 0.00 | 2,877.00 | 4,315.50 | 7,192.50 |
| 41 | | Standard Emulsor Head | 6/12/2017 | SL / N/A | 5.0000 | 1,990.00 | 100.0000 | 0.00 | 0.00 | 232.17 | 398.00 | 630.17 |
| 42 | | 500LS Inline Mixer + Spares | 6/12/2017 | SL / N/A | 5.0000 | 7,310.00 | 100.0000 | 0.00 | 0.00 | 852.83 | 1,462.00 | 2,314.83 |
| 43 | | GDD30 Batch mixer | 2/23/2017 | SL / N/A | 5.0000 | 43,185.00 | 100.0000 | 0.00 | 0.00 | 7,197.50 | 8,637.00 | 15,834.50 |
| 44 | | 500ls inline mixer | 3/16/2017 | SL / N/A | 5.0000 | 46,880.00 | 100.0000 | 0.00 | 0.00 | 7,813.33 | 9,376.00 | 17,189.33 |
| 45 | | Head SLDH - 450sl and Rotor 450sl | 5/8/2017 | SL / N/A | 5.0000 | 9,523.00 | 100.0000 | 0.00 | 0.00 | 1,269.73 | 1,904.60 | 3,174.33 |
| 53 | | Goulds Model Stainless Steel Pump | 5/3/2017 | SL / N/A | 5.0000 | 4,393.00 | 100.0000 | 0.00 | 0.00 | 585.73 | 878.60 | 1,464.33 |
| 54 | | Mixer Controls | 3/22/2017 | SL / N/A | 5.0000 | 25,740.00 | 100.0000 | 0.00 | 0.00 | 3,861.00 | 5,148.00 | 9,009.00 |
| 55 | | Tri Clamp Spool frame | 5/3/2017 | SL / N/A | 5.0000 | 1,535.00 | 100.0000 | 0.00 | 0.00 | 204.67 | 307.00 | 511.67 |
| 56 | | Tri Clamp Spool Frame | 5/17/2017 | SL / N/A | 5.0000 | 6,500.00 | 100.0000 | 0.00 | 0.00 | 758.33 | 1,300.00 | 2,058.33 |
| 57 | | Bottle Lowerator | 3/23/2017 | SL / N/A | 5.0000 | 41,105.00 | 100.0000 | 0.00 | 0.00 | 6,165.75 | 8,221.00 | 14,386.75 |
| 58 | | C Valves | 3/14/2017 | SL / N/A | 5.0000 | 23,660.00 | 100.0000 | 0.00 | 0.00 | 3,943.33 | 4,732.00 | 8,675.33 |
| 59 | | Axon EZ300 Sleever w AXON Heat Tunnel | 2/23/2017 | SL / N/A | 5.0000 | 21,500.00 | 100.0000 | 0.00 | 0.00 | 3,583.33 | 4,300.00 | 7,883.33 |
| 61 | | Aegis MS 4' x 4' 5000lb Steel Scale | 7/20/2017 | SL / N/A | 5.0000 | 4,576.80 | 100.0000 | 0.00 | 0.00 | 381.40 | 915.36 | 1,296.76 |
| 62 | | Exhaust fan Cube 3600 | 3/20/2017 | SL / N/A | 5.0000 | 8,012.00 | 100.0000 | 0.00 | 0.00 | 1,201.80 | 1,602.40 | 2,804.20 |
| 63 | | Grippers for the c'packer robot | 7/11/2017 | SL / N/A | 5.0000 | 19,950.00 | 100.0000 | 0.00 | 0.00 | 1,995.00 | 3,990.00 | 5,985.00 |
| 64 | | AC condenser | 5/16/2017 | SL / N/A | 5.0000 | 8,768.25 | 100.0000 | 0.00 | 0.00 | 1,169.10 | 1,753.65 | 2,922.75 |
| 65 | | re5 HP San WLMO prograde | 3/16/2017 | SL / N/A | 5.0000 | 7,002.32 | 100.0000 | 0.00 | 0.00 | 1,167.05 | 1,400.46 | 2,567.51 |
| 66 | | Product catch basin;cabin style machine guards; AB inverter drive system | 2/6/2017 | SL / N/A | 5.0000 | 280,770.00 | 100.0000 | 0.00 | 0.00 | 51,474.50 | 56,154.00 | 107,628.50 |
| 67 | | Watson 1' Float and thermostatic steam trap set | 2/24/2017 | SL / N/A | 5.0000 | 21,294.32 | 100.0000 | 0.00 | 0.00 | 3,549.05 | 4,258.86 | 7,807.91 |
| 68 | | Argopack 80 PRO and top and bottom tapers | 3/20/2017 | SL / N/A | 5.0000 | 65,900.00 | 100.0000 | 0.00 | 0.00 | 9,885.00 | 13,180.00 | 23,065.00 |
| 69 | | Argopack Pallitizers | 5/16/2017 | SL / N/A | 5.0000 | 85,320.00 | 100.0000 | 0.00 | 0.00 | 11,376.00 | 17,064.00 | 28,440.00 |
| 70 | | Durable RM32A Top Case Taper Sealer w Powered Belts | 12/18/2017 | SL / N/A | 5.0000 | 1,000.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| 71 | | Brawn Mixer | 3/22/2017 | SL / N/A | 5.0000 | 8,254.00 | 100.0000 | 0.00 | 0.00 | 1,238.10 | 1,650.80 | 2,888.90 |
| 72 | | PLC Motor Panel | 6/19/2017 | SL / N/A | 5.0000 | 36,274.00 | 100.0000 | 0.00 | 0.00 | 3,627.40 | 7,254.80 | 10,882.20 |
| 73 | | GPI G2 Turbine Flow Meter | 4/1/2017 | SL / N/A | 5.0000 | 2,848.00 | 100.0000 | 0.00 | 0.00 | 427.20 | 569.60 | 996.80 |
| 79 | | New Walls 11035 Switzer | 4/17/2017 | SL / N/A | 15.0000 | 4,939.45 | 100.0000 | 0.00 | 0.00 | 219.53 | 329.30 | 548.83 |

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Machinery and Equipment

| No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | Mettler Toledo Upgrade | 4/24/2017 | SL / N/A | 5.0000 | 6,165.00 | 100.0000 | 0.00 | 0.00 | 822.00 | 1,233.00 | 2,055.00 |
| 86 | Upgrade for FVK Model Number belt weigh | 6/14/2017 | SL / N/A | 5.0000 | 6,519.41 | 100.0000 | 0.00 | 0.00 | 760.60 | 1,303.88 | 2,064.48 |
| 93 | Argopack Equipment | 7/24/2017 | SL / N/A | 5.0000 | 26,554.00 | 100.0000 | 0.00 | 0.00 | 2,212.83 | 5,310.80 | 7,523.63 |
| 97 | Argopack 5056 | 8/29/2017 | SL / N/A | 5.0000 | 14,504.00 | 100.0000 | 0.00 | 0.00 | 966.93 | 2,900.80 | 3,867.73 |
| 98 | Bottle Elevator | 3/23/2017 | SL / N/A | 5.0000 | 41,105.00 | 100.0000 | 0.00 | 0.00 | 6,165.75 | 8,221.00 | 14,386.75 |
| 99 | Greenheck Model IGX 1000 | 3/23/2017 | SL / N/A | 5.0000 | 21,420.11 | 100.0000 | 0.00 | 0.00 | 3,213.02 | 4,284.02 | 7,497.04 |
| 100 | Hot Sauce Cup Filling & Sealing Machine | 6/22/2017 | SL / N/A | 5.0000 | 15,000.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 3,000.00 | 4,500.00 |
| 101 | Best Restaurant Solutions | 8/18/2017 | SL / N/A | 5.0000 | 15,183.56 | 100.0000 | 0.00 | 0.00 | 1,012.24 | 3,036.71 | 4,048.95 |
| 103 | Kitchen Controls Project - Ketlle Controls | 5/11/2017 | SL / N/A | 5.0000 | 9,382.80 | 100.0000 | 0.00 | 0.00 | 1,251.04 | 1,876.56 | 3,127.60 |
| 104 | Waukesha, Positive Displacement Pump, Model 130-U1 | 7/26/2017 | SL / N/A | 5.0000 | 11,674.00 | 100.0000 | 0.00 | 0.00 | 972.83 | 2,334.80 | 3,307.63 |
| 108 | 8 Ton Air-Cooled Chiller | 7/26/2017 | SL / N/A | 5.0000 | 7,795.00 | 100.0000 | 0.00 | 0.00 | 649.58 | 1,559.00 | 2,208.58 |
| 110 | Equipment | 3/3/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 1,666.67 | 2,000.00 | 3,666.67 |
| 111 | Surekap 6 Quill Inline Bottle Capper | 3/28/2017 | SL / N/A | 5.0000 | 17,250.00 | 100.0000 | 0.00 | 0.00 | 2,587.50 | 3,450.00 | 6,037.50 |
| 112 | Long stainless bottle cooling tunnel | 5/5/2017 | SL / N/A | 5.0000 | 68,500.00 | 100.0000 | 0.00 | 0.00 | 9,133.33 | 13,700.00 | 22,833.33 |
| 113 | Upgrade Chilling Tank - Pre chiller | 3/24/2017 | SL / N/A | 5.0000 | 25,000.00 | 100.0000 | 0.00 | 0.00 | 3,750.00 | 5,000.00 | 8,750.00 |
| 114 | Equipment | 7/1/2017 | SL / N/A | 5.0000 | 236,880.00 | 100.0000 | 0.00 | 0.00 | 23,688.00 | 47,376.00 | 71,064.00 |
| 121 | Locking lever | 7/5/2017 | SL / N/A | 5.0000 | 1,765.26 | 100.0000 | 0.00 | 0.00 | 176.53 | 353.05 | 529.58 |
| 126 | Bartos Greenheck IGX-118-H3 (add'l) | 7/14/2017 | SL / N/A | 5.0000 | 2,627.63 | 100.0000 | 0.00 | 0.00 | 262.77 | 525.53 | 788.30 |
| 127 | Lantech Q1000 Pallet Stretch Wrapper with Conveyors | 7/17/2017 | SL / N/A | 5.0000 | 17,578.75 | 100.0000 | 0.00 | 0.00 | 1,464.90 | 3,515.75 | 4,980.65 |
| 131 | Installation of LPS Laner 1706109 | 8/2/2017 | SL / N/A | 5.0000 | 1,942.01 | 100.0000 | 0.00 | 0.00 | 161.83 | 388.40 | 550.23 |
| 132 | Waukesha Positive Displacement Pump, Model 130-U1 with S.S. tubular base | 8/7/2017 | SL / N/A | 5.0000 | 7,756.86 | 100.0000 | 0.00 | 0.00 | 646.40 | 1,551.37 | 2,197.77 |
| 137 | Inv 39320 | 12/1/2017 | SL / N/A | 5.0000 | 3,823.57 | 100.0000 | 0.00 | 0.00 | 63.73 | 764.71 | 828.44 |
| 139 | 12" x 14' Long Incline Food Conveyer | 8/30/2017 | SL / N/A | 5.0000 | 2,750.00 | 100.0000 | 0.00 | 0.00 | 183.33 | 550.00 | 733.33 |
| 140 | 15 Ton Air Chiller + Transformer | 9/1/2017 | SL / N/A | 5.0000 | 16,100.47 | 100.0000 | 0.00 | 0.00 | 1,073.36 | 3,220.09 | 4,293.45 |
| 141 | Travel and Labor on installation & training of Checkweigher | 9/7/2017 | SL / N/A | 5.0000 | 5,664.50 | 100.0000 | 0.00 | 0.00 | 377.63 | 1,132.90 | 1,510.53 |
| 143 | Equipment | 10/31/2012 | SL / N/A | 5.0000 | 866.00 | 100.0000 | 0.00 | 0.00 | 866.00 | 0.00 | 866.00 |
| 144 | 2,200 lb Electric Walkie Straddle Stacker | 9/19/2017 | SL / N/A | 5.0000 | 7,485.49 | 100.0000 | 0.00 | 0.00 | 374.28 | 1,497.10 | 1,871.38 |
| 145 | Lewco Right Angle Chain Transfer Conveyor | 9/20/2017 | SL / N/A | 5.0000 | 10,703.44 | 100.0000 | 0.00 | 0.00 | 535.17 | 2,140.69 | 2,675.86 |
| 146 | INV 9.20.17 argopack 80 | 9/20/2017 | SL / N/A | 5.0000 | 22,973.05 | 100.0000 | 0.00 | 0.00 | 1,148.65 | 4,594.61 | 5,743.26 |
| 154 | INV 47028 Mach Equip | 10/3/2017 | SL / N/A | 5.0000 | 2,950.00 | 100.0000 | 0.00 | 0.00 | 147.50 | 590.00 | 737.50 |
| 159 | 275 Gallon Tote Propylene Glycol | 10/18/2017 | SL / N/A | 5.0000 | 6,121.50 | 100.0000 | 0.00 | 0.00 | 204.05 | 1,224.30 | 1,428.35 |
| 161 | INV 11/17 balance of acct | 10/27/2017 | SL / N/A | 5.0000 | 24,084.00 | 100.0000 | 0.00 | 0.00 | 802.80 | 4,816.80 | 5,619.60 |
| 163 | DISB Eastsign | 10/31/2017 | SL / N/A | 5.0000 | 15,000.00 | 100.0000 | 0.00 | 0.00 | 500.00 | 3,000.00 | 3,500.00 |
| 164 | INV 10/31/17 per kenny | 10/31/2017 | SL / N/A | 5.0000 | 20,000.00 | 100.0000 | 0.00 | 0.00 | 666.67 | 4,000.00 | 4,666.67 |
| 165 | INV 11.9 2017 syver cc | 11/9/2017 | SL / N/A | 5.0000 | 4,818.71 | 100.0000 | 0.00 | 0.00 | 160.62 | 963.74 | 1,124.36 |
| 166 | INV 11.9.17 per kenny no invoice | 11/9/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 333.33 | 2,000.00 | 2,333.33 |
| 168 | INV 11.10.2017 berlin syver cc | 11/10/2017 | SL / N/A | 5.0000 | 10,211.17 | 100.0000 | 0.00 | 0.00 | 340.37 | 2,042.23 | 2,382.60 |
| 170 | INV 0000058442 | 11/20/2017 | SL / N/A | 5.0000 | 9,946.36 | 100.0000 | 0.00 | 0.00 | 165.77 | 1,989.27 | 2,155.04 |
| 171 | INV 11.22.17 per kenny no invoice | 11/22/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 166.67 | 2,000.00 | 2,166.67 |
| 172 | INV 523270 | 11/28/2017 | SL / N/A | 5.0000 | 4,865.44 | 100.0000 | 0.00 | 0.00 | 81.09 | 973.09 | 1,054.18 |
| 174 | INV 512815 | 12/1/2017 | SL / N/A | 5.0000 | 3,518.73 | 100.0000 | 0.00 | 0.00 | 58.65 | 703.75 | 762.40 |
| 175 | NEW Argopack 80 PRO + Dekka 22 Tape Heads + Tooling Change Parts | 3/20/2017 | SL / N/A | 5.0000 | 101,500.00 | 100.0000 | 0.00 | 0.00 | 15,225.00 | 20,300.00 | 35,525.00 |
| 180 | Little David Loveshaw CF20T Case Erector w Bottom Taper | 12/18/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| 181 | 12.20.17 per kenny | 12/20/2017 | SL / N/A | 5.0000 | 7,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| 182 | 12.28.17 progress payment | 12/28/2017 | SL / N/A | 5.0000 | 7,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

| iystem No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Machinery and Equipment

| 191 | | Hytrol 16" x 80" Long Powered Case Conveyor | 8/30/2017 | SL / N/A | 5.0000 | 750.00 | 100.0000 | 0.00 | 0.00 | 50.00 | 150.00 | 200.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | | S/S drip trays; NPT pipe nipple & pvc cap | 10/28/2016 | SL / N/A | 5.0000 | 3,823.00 | 100.0000 | 0.00 | 0.00 | 892.03 | 764.60 | 1,656.63 |
| 194 | | Bottle Conveyor | 3/23/2017 | SL / N/A | 5.0000 | 52,497.00 | 100.0000 | 0.00 | 0.00 | 7,874.55 | 10,499.40 | 18,373.95 |

DEEP FRYER

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | Deep Fryer Thermometer | 11/15/2013 | SL / N/A | 5.0000 | 58.35 | 100.0000 | 0.00 | 0.00 | 48.63 | 9.72 | 58.35 |
| 196 | Juicer | 12/30/2013 | SL / N/A | 5.0000 | 963.65 | 100.0000 | 0.00 | 0.00 | 770.92 | 192.73 | 963.65 |
| 197 | S Conveyor | 3/23/2017 | SL / N/A | 5.0000 | 15,730.00 | 100.0000 | 0.00 | 0.00 | 2,359.50 | 3,146.00 | 5,505.50 |
| 200 | SILVERSON HIGH SHEAR BATCH MIXER FX60 WITH HYDROLIC STAND, STATOR AND CONTROLLER | 3/15/2016 | SL / N/A | 5.0000 | 7,000.00 | 100.0000 | 0.00 | 0.00 | 2,566.67 | 1,400.00 | 3,966.67 |
| 201 | CG600 solid roll up door with motor and key switch | 5/25/2016 | SL / N/A | 15.0000 | 6,790.00 | 100.0000 | 0.00 | 0.00 | 716.73 | 452.67 | 1,169.40 |
| 203 | Rooftop Exhaust Unit | 11/1/2016 | SL / N/A | 15.0000 | 6,790.00 | 100.0000 | 0.00 | 0.00 | 528.12 | 452.67 | 980.79 |
| 205 | 4 x Eyewash Stations | 3/11/2016 | SL / N/A | 5.0000 | 132.01 | 100.0000 | 0.00 | 0.00 | 48.40 | 26.40 | 74.80 |
| 206 | Nitrogen Doser | 10/20/2016 | SL / N/A | 5.0000 | 25,716.39 | 100.0000 | 0.00 | 0.00 | 6,000.49 | 5,143.28 | 11,143.77 |
| 207 | Production floor lighting | 8/4/2016 | SL / N/A | 7.0000 | 3,249.22 | 100.0000 | 0.00 | 0.00 | 657.57 | 464.17 | 1,121.74 |
| 208 | 100 Watt led highbay | 8/4/2016 | SL / N/A | 7.0000 | 3,963.31 | 100.0000 | 0.00 | 0.00 | 802.10 | 566.19 | 1,368.29 |
| 210 | Boiler room branch circuits | 12/28/2016 | SL / N/A | 15.0000 | 4,494.60 | 100.0000 | 0.00 | 0.00 | 299.64 | 299.64 | 599.28 |
| 211 | 80HP DONLEE BOILER | 5/26/2016 | SL / N/A | 5.0000 | 24,075.15 | 100.0000 | 0.00 | 0.00 | 7,623.80 | 4,815.03 | 12,438.83 |
| 212 | Frain Groen N600 Kettle | 12/23/2016 | SL / N/A | 5.0000 | 102,232.00 | 100.0000 | 0.00 | 0.00 | 20,446.40 | 20,446.40 | 40,892.80 |
| 213 | Brawn Mixer Model BGM150 | 4/25/2016 | SL / N/A | 5.0000 | 7,280.00 | 100.0000 | 0.00 | 0.00 | 2,426.67 | 1,456.00 | 3,882.67 |
| 214 | Replacement shaft/ single o-ring/replacement wing nuts | 7/19/2016 | SL / N/A | 5.0000 | 2,823.37 | 100.0000 | 0.00 | 0.00 | 799.95 | 564.67 | 1,364.62 |
| 215 | Waukesha pump | 11/22/2016 | SL / N/A | 5.0000 | 4,717.96 | 100.0000 | 0.00 | 0.00 | 1,022.22 | 943.59 | 1,965.81 |
| 216 | Misting Kit | 9/8/2016 | SL / N/A | 5.0000 | 2,268.52 | 100.0000 | 0.00 | 0.00 | 604.93 | 453.70 | 1,058.63 |
| 217 | Komatsu Forklift | 8/1/2016 | SL / N/A | 5.0000 | 12,250.00 | 100.0000 | 0.00 | 0.00 | 3,470.83 | 2,450.00 | 5,920.83 |
| 218 | Breddo-Likwifier | 3/24/2016 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 3,500.00 | 2,000.00 | 5,500.00 |
| 219 | Tankless Water Heater | 8/22/2016 | SL / N/A | 15.0000 | 1,742.42 | 100.0000 | 0.00 | 0.00 | 154.88 | 116.16 | 271.04 |
| 220 | GP2000 Steam regulator | 11/18/2016 | SL / N/A | 5.0000 | 1,224.31 | 100.0000 | 0.00 | 0.00 | 265.26 | 244.86 | 510.12 |
| 221 | DORAN 2200CW Checkweigh Scale (DOR22100CWSP/12);Fairbanks Aegis Drum Scale SS | 4/8/2016 | SL / N/A | 5.0000 | 12,326.79 | 100.0000 | 0.00 | 0.00 | 4,314.38 | 2,465.36 | 6,779.74 |
| 222 | Puremax reverse osmosis system includes pretreat, 2500 gallon storage tank | 5/16/2016 | SL / N/A | 5.0000 | 17,531.25 | 100.0000 | 0.00 | 0.00 | 5,843.75 | 3,506.25 | 9,350.00 |
| 223 | Boiler softener system | 7/27/2016 | SL / N/A | 15.0000 | 4,248.93 | 100.0000 | 0.00 | 0.00 | 401.29 | 283.26 | 684.55 |
| 224 | 2 Blender Tables | 3/9/2016 | SL / N/A | 7.0000 | 2,873.30 | 100.0000 | 0.00 | 0.00 | 752.53 | 410.47 | 1,163.00 |
| 225 | Two Equipment Stands with Rubber Feet | 3/9/2016 | SL / N/A | 7.0000 | 1,688.70 | 100.0000 | 0.00 | 0.00 | 442.27 | 241.24 | 683.51 |
| 227 | Spacing wheel A-161-4; Banner photo eye; material feed rollers; vetical perforat | 9/19/2016 | SL / N/A | 5.0000 | 2,153.75 | 100.0000 | 0.00 | 0.00 | 538.44 | 430.75 | 969.19 |
| 228 | Miller Equipment | 4/15/2016 | SL / N/A | 5.0000 | 9,526.00 | 100.0000 | 0.00 | 0.00 | 3,334.10 | 1,905.20 | 5,239.30 |
| 230 | Loeb Equipment | 4/22/2016 | SL / N/A | 5.0000 | 20,000.00 | 100.0000 | 0.00 | 0.00 | 6,666.67 | 4,000.00 | 10,666.67 |
| 231 | M. Davis Group Equipment | 4/25/2016 | SL / N/A | 5.0000 | 22,184.00 | 100.0000 | 0.00 | 0.00 | 7,394.67 | 4,436.80 | 11,831.47 |
| 232 | Harry Davis & Company Equipment from auction | 5/12/2016 | SL / N/A | 5.0000 | 15,442.00 | 100.0000 | 0.00 | 0.00 | 5,147.33 | 3,088.40 | 8,235.73 |
| 233 | SL-10 Layflat Mandrel | 9/23/2016 | SL / N/A | 5.0000 | 13,005.00 | 100.0000 | 0.00 | 0.00 | 3,251.25 | 2,601.00 | 5,852.25 |
| 234 | Flat Top chain conveyor | 10/25/2016 | SL / N/A | 5.0000 | 2,750.00 | 100.0000 | 0.00 | 0.00 | 641.67 | 550.00 | 1,191.67 |
| 235 | Slant top conveyor stainless steel | 10/25/2016 | SL / N/A | 5.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 466.67 | 400.00 | 866.67 |
| 236 | Airknife | 11/17/2016 | SL / N/A | 5.0000 | 5,792.00 | 100.0000 | 0.00 | 0.00 | 1,254.93 | 1,158.40 | 2,413.33 |
| 237 | Plasma Torch 375 x-treme | 11/8/2016 | SL / N/A | 5.0000 | 1,492.77 | 100.0000 | 0.00 | 0.00 | 348.31 | 298.55 | 646.86 |
| 238 | Boiler & Kettle repiping | 9/28/2016 | SL / N/A | 7.0000 | 20,691.00 | 100.0000 | 0.00 | 0.00 | 3,694.83 | 2,955.86 | 6,650.69 |
| 239 | 80 hp Donlee steam boiler repair/materials | 11/28/2016 | SL / N/A | 5.0000 | 15,983.00 | 100.0000 | 0.00 | 0.00 | 3,462.98 | 3,196.60 | 6,659.58 |
| 240 | Pump equipment and supplies | 12/21/2016 | SL / N/A | 5.0000 | 4,988.85 | 100.0000 | 0.00 | 0.00 | 997.77 | 997.77 | 1,995.54 |
| 241 | HP23-AW-14 14 mm Portable Water Activity Set | 7/29/2016 | SL / N/A | 5.0000 | 4,895.41 | 100.0000 | 0.00 | 0.00 | 1,387.03 | 979.08 | 2,366.11 |
| 245 | Vistus metal detector | 12/24/2016 | SL / N/A | 5.0000 | 2,769.60 | 100.0000 | 0.00 | 0.00 | 553.92 | 553.92 | 1,107.84 |
| 246 | Conveyor IRB with alert light | 12/24/2016 | SL / N/A | 5.0000 | 2,830.40 | 100.0000 | 0.00 | 0.00 | 566.08 | 566.08 | 1,132.16 |

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Machinery and Equipment**

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 247 | 72 bays used pallet rack 98x42x144 with beams | 9/14/2016 | SL / N/A | 5.0000 | 8,530.10 | 100.0000 | 0.00 | 0.00 | 2,274.69 | 1,706.02 | 3,980.71 |
| 248 | Spares for FX60 Batch Mixer | 9/21/2016 | SL / N/A | 5.0000 | 4,830.00 | 100.0000 | 0.00 | 0.00 | 1,207.50 | 966.00 | 2,173.50 |
| 249 | Soup Dispensing Unit | 1/20/2016 | SL / N/A | 5.0000 | 1,197.44 | 100.0000 | 0.00 | 0.00 | 459.02 | 239.49 | 698.51 |
| 251 | Malden Iron and Metals | 6/7/2016 | SL / N/A | 15.0000 | 750.00 | 100.0000 | 0.00 | 0.00 | 79.17 | 50.00 | 129.17 |
| 252 | Tucs 3 lane linear chiller/ Inlet conveyor | 10/29/2016 | SL / N/A | 5.0000 | 232,628.00 | 100.0000 | 0.00 | 0.00 | 54,279.87 | 46,525.60 | 100,805.47 |

**SCHEDULE 2.1 ASSETS**

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 253 | ... jacketed process vessel | | | | 2,000.00 | | | | ...33 | | 10,633.33 |
| 254 | Check weigher | 10/20/2016 | SL / N/A | 5.0000 | 9,326.00 | 100.0000 | 0.00 | 0.00 | 2,176.07 | 1,865.20 | 4,041.27 |
| 255 | Water chiller (air cooled HVAC) | 9/7/2016 | SL / N/A | 5.0000 | 1,200.00 | 100.0000 | 0.00 | 0.00 | 320.00 | 240.00 | 560.00 |
| 256 | Stainless steel conveyorized metal detector; stainless steel air operated sanita | 10/21/2016 | SL / N/A | 5.0000 | 19,000.00 | 100.0000 | 0.00 | 0.00 | 4,433.33 | 3,800.00 | 8,233.33 |
| 258 | French drains and gravel for boiler area; Cover 366 sq. feet | 8/21/2016 | SL / N/A | 15.0000 | 8,155.00 | 100.0000 | 0.00 | 0.00 | 724.89 | 543.67 | 1,268.56 |
| 261 | Wall construction materials | 9/13/2016 | SL / N/A | 15.0000 | 4,995.37 | 100.0000 | 0.00 | 0.00 | 444.03 | 333.02 | 777.05 |
| 263 | (3) Alliance conveyor | 8/25/2016 | SL / N/A | 5.0000 | 9,000.00 | 100.0000 | 0.00 | 0.00 | 2,400.00 | 1,800.00 | 4,200.00 |
| 264 | Z style cleaeeted incline food conveyor | 9/28/2016 | SL / N/A | 5.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 500.00 | 400.00 | 900.00 |
| 265 | 2 x 90 degree curves/conveyors | 9/28/2016 | SL / N/A | 5.0000 | 6,680.00 | 100.0000 | 0.00 | 0.00 | 1,670.00 | 1,336.00 | 3,006.00 |
| 266 | 7.5" wide stainless steel table top conveyor | 10/10/2016 | SL / N/A | 5.0000 | 9,750.00 | 100.0000 | 0.00 | 0.00 | 2,437.50 | 1,950.00 | 4,387.50 |
| 267 | 3.25" conveyor with curve | 10/28/2016 | SL / N/A | 5.0000 | 1,200.00 | 100.0000 | 0.00 | 0.00 | 280.00 | 240.00 | 520.00 |
| 268 | ARPAC 55-20 shrink wrap bundler system | 11/7/2016 | SL / N/A | 5.0000 | 16,000.00 | 100.0000 | 0.00 | 0.00 | 3,733.33 | 3,200.00 | 6,933.33 |
| 269 | Axon EZ 300 shrink sleeve labeler | 11/7/2016 | SL / N/A | 5.0000 | 21,500.00 | 100.0000 | 0.00 | 0.00 | 5,016.67 | 4,300.00 | 9,316.67 |
| 270 | Tracy Logan Equipment | 8/24/2016 | SL / N/A | 5.0000 | 10,171.32 | 100.0000 | 0.00 | 0.00 | 2,712.35 | 2,034.26 | 4,746.61 |
| 271 | Raised conveyor belt curved sections | 5/16/2016 | SL / N/A | 5.0000 | 123,500.00 | 100.0000 | 0.00 | 0.00 | 41,166.67 | 24,700.00 | 65,866.67 |
| 272 | Container conveying system w Inverting Air rinser | 9/9/2016 | SL / N/A | 5.0000 | 34,850.00 | 100.0000 | 0.00 | 0.00 | 9,293.33 | 6,970.00 | 16,263.33 |
| 273 | Cup Denester/Filler/Sealer/Capper | 7/22/2016 | SL / N/A | 5.0000 | 213,500.00 | 100.0000 | 0.00 | 0.00 | 60,491.67 | 42,700.00 | 103,191.67 |
| 274 | Pneumatic snap capper with external torque adjustment dial and automatic shut of | 7/22/2016 | SL / N/A | 5.0000 | 4,460.50 | 100.0000 | 0.00 | 0.00 | 1,263.81 | 892.10 | 2,155.91 |
| 275 | Power conveyor - 10' raised belt | 8/9/2016 | SL / N/A | 5.0000 | 4,040.00 | 100.0000 | 0.00 | 0.00 | 1,144.67 | 808.00 | 1,952.67 |
| 276 | Upgrades to filler-Drip tray/Filler upgrade; Piston Head Assembly | 9/16/2016 | SL / N/A | 5.0000 | 67,717.00 | 100.0000 | 0.00 | 0.00 | 16,929.25 | 13,543.40 | 30,472.65 |
| 277 | 10' raised belt conveyor | 11/16/2016 | SL / N/A | 5.0000 | 4,338.12 | 100.0000 | 0.00 | 0.00 | 939.92 | 867.62 | 1,807.54 |
| 278 | Brooks Rigging | 4/29/2016 | SL / N/A | 7.0000 | 975.00 | 100.0000 | 0.00 | 0.00 | 232.15 | 139.29 | 371.44 |
| 279 | cardboard bailer, metal banding and components | 5/18/2016 | SL / N/A | 5.0000 | 2,100.00 | 100.0000 | 0.00 | 0.00 | 665.00 | 420.00 | 1,085.00 |
| 280 | Engineering designs | 7/13/2016 | SL / N/A | 15.0000 | 41,090.14 | 100.0000 | 0.00 | 0.00 | 4,109.01 | 2,739.34 | 6,848.35 |
| 281 | BSD 50 T 125psi compressor | 12/16/2016 | SL / N/A | 5.0000 | 8,130.00 | 100.0000 | 0.00 | 0.00 | 1,761.50 | 1,626.00 | 3,387.50 |
| 282 | Equipment | 6/15/2016 | SL / N/A | 5.0000 | 410,497.36 | 100.0000 | 0.00 | 0.00 | 129,990.83 | 82,099.47 | 212,090.30 |
| 285 | Equipment | 10/31/2012 | SL / N/A | 5.0000 | 1,824.32 | 100.0000 | 0.00 | 0.00 | 1,824.32 | 0.00 | 1,824.32 |
| 286 | Upgrade Chilling Tank - cooling tower power for pre chiller | 3/24/2017 | SL / N/A | 5.0000 | 25,000.00 | 100.0000 | 0.00 | 0.00 | 3,750.00 | 5,000.00 | 8,750.00 |
| 287 | Upgrade Chilling Tank - bag over/under conveyor | 3/24/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 2,000.00 | 3,500.00 |
| 288 | Upgrade Chilling Tank - 30' bag conveyor transfer | 3/24/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 2,000.00 | 3,500.00 |
| 289 | Upgrade Chilling Tank - Rotating discharge conveyor for bags | 3/24/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 2,000.00 | 3,500.00 |
| 290 | Upgrade Chilling Tank - Rotating discharge conveyor for bags | 3/24/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 2,000.00 | 3,500.00 |
| 291 | Upgrade Chilling Tank - 30' lng cross conveyor from lift | 3/24/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 2,000.00 | 3,500.00 |
| 292 | Upgrade Chilling Tank - Inlet conveyor for tubs | 3/24/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 2,000.00 | 3,500.00 |
| 293 | Upgrade Chilling Tank - discharge 3 chutes for each lane | 3/24/2017 | SL / N/A | 5.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 2,000.00 | 3,500.00 |
| 294 | 600 gallon pack kettle with agitation | 3/24/2017 | SL / N/A | 5.0000 | 30,000.00 | 100.0000 | 0.00 | 0.00 | 4,500.00 | 6,000.00 | 10,500.00 |
| 296 | Kitchen Equipment | 12/31/2015 | M / HY | 5.0000 | 2,500.00 | | | | 2,065.00 | 174.00 | 2,239.00 |
| 310 | Cooler / Freezer | 7/1/2017 | SL / N/A | 5.0000 | 13,577.99 | 100.0000 | 0.00 | 0.00 | 1,357.80 | 2,715.60 | 4,073.40 |
| 311 | Flex-Link Conveyors | 7/1/2017 | SL / N/A | 5.0000 | 1,344.00 | 100.0000 | 0.00 | 0.00 | 134.40 | 268.80 | 403.20 |
| 312 | Edlund Can Opener | 7/1/2017 | SL / N/A | 5.0000 | 2,561.12 | 100.0000 | 0.00 | 0.00 | 256.11 | 512.22 | 768.33 |

Page 9
of 12

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Machinery and Equipment** | | | | | | | | | | | | |
| 313 | | Pallet Rack System | 7/1/2017 | SL / N/A | 5.0000 | 7,616.02 | 100.0000 | 0.00 | 0.00 | 761.60 | 1,523.20 | 2,284.80 |
| 315 | | 2 x 80 Gallon Kettles + Hook Ups | 7/1/2017 | SL / N/A | 5.0000 | 15,535.66 | 100.0000 | 0.00 | 0.00 | 1,553.57 | 3,107.13 | 4,660.70 |
| 319 | | Leibenger Inkjet Printer | 7/1/2017 | SL / N/A | 5.0000 | 6,794.26 | 100.0000 | 0.00 | 0.00 | 679.43 | 1,358.85 | 2,038.28 |
| 320 | | Carton Tape Sealer | 7/1/2017 | SL / N/A | 5.0000 | 2,020.46 | 100.0000 | 0.00 | 0.00 | 202.05 | 404.09 | 606.14 |
| 321 | | Cafe Patrique Equipment | 7/1/2017 | SL / N/A | 5.0000 | 3,360.00 | 100.0000 | 0.00 | 0.00 | 336.00 | 672.00 | 1,008.00 |
| 322 | | Capper / Boiler | 7/1/2017 | SL / N/A | 5.0000 | 19,384.80 | 100.0000 | 0.00 | 0.00 | 1,938.48 | 3,876.96 | 5,815.44 |
| 336 | | 6ft Belt Conveyor | 3/20/2017 | SL / N/A | 5.0000 | 3,365.00 | 100.0000 | 0.00 | 0.00 | 504.75 | 673.00 | 1,177.75 |

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 339 | STEM Mixer Standard Emulser Work Head | 11/3/2018 | SL / N/A | 5.0000 | 2,995.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 599.00 | 599.00 |
| 340 | EMSC Mixer Standard Emulser Head | 1/11/2018 | SL / N/A | 5.0000 | 3,230.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 646.00 | 646.00 |
| 341 | Square Hold High Shear Work Head | 1/5/2018 | SL / N/A | 5.0000 | 3,220.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 644.00 | 644.00 |
| 346 | Form Fill & Seal Machine | 2/7/2018 | SL / N/A | 5.0000 | 153,960.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 28,226.00 | 28,226.00 |
| 348 | ARGO Equipment | 1/19/2018 | SL / N/A | 5.0000 | 109,710.30 | 100.0000 | 0.00 | 0.00 | 0.00 | 20,113.56 | 20,113.56 |
| 349 | 112" Custom Kiosk | 2/14/2018 | SL / N/A | 5.0000 | 15,900.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,915.00 | 2,915.00 |
| 350 | Silverson FX60 Batch Mixer | 2/21/2018 | SL / N/A | 5.0000 | 2,675.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 445.83 | 445.83 |
| 353 | Hot Sauce Soup Cup Filling & Sealing Machine | 5/31/2018 | SL / N/A | 5.0000 | 202,000.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 23,566.67 | 23,566.67 |
| 356 | SPARE PART for Silverson FX60 Batch Mixer | 3/15/2018 | SL / N/A | 5.0000 | 2,215.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 369.17 | 369.17 |
| 357 | 5 x ULINE 55GAL SS Drum Dollies | 3/21/2018 | SL / N/A | 5.0000 | 1,007.44 | 100.0000 | 0.00 | 0.00 | 0.00 | 151.12 | 151.12 |
| 358 | Warehouse Racks | 3/26/2018 | SL / N/A | 7.0000 | 1,177.76 | 100.0000 | 0.00 | 0.00 | 0.00 | 126.19 | 126.19 |
| 359 | 2 x Cleveland Range Model KET12T w 2 x ST28 Equipment | 3/28/2018 | SL / N/A | 5.0000 | 15,947.53 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,392.13 | 2,392.13 |
| 360 | 2 x Gusto 36" Heavy Duty Gas Range | 3/28/2018 | SL / N/A | 5.0000 | 2,381.84 | 100.0000 | 0.00 | 0.00 | 0.00 | 357.28 | 357.28 |
| 361 | 3 x Advance Tabco Model FE-3-1812-18RL-C w Fisher Pre-Rinse Unit & Add-On Faucet | 3/28/2018 | SL / N/A | 5.0000 | 836.31 | 100.0000 | 0.00 | 0.00 | 0.00 | 125.45 | 125.45 |
| 362 | Gusto 24" x 36" SS Work Table + 6 x 30" x 72" SS Work Tables | 3/28/2018 | SL / N/A | 5.0000 | 1,745.32 | 100.0000 | 0.00 | 0.00 | 0.00 | 261.80 | 261.80 |
| 366 | PRM Part for Chiller | 1/2/2018 | SL / N/A | 5.0000 | 4,995.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 999.00 | 999.00 |
| 367 | TUCS Pre Chiller w Extras | 2/7/2018 | SL / N/A | 5.0000 | 67,337.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 12,345.12 | 12,345.12 |
| 368 | Urschel first machine | 3/14/2018 | SL / N/A | 5.0000 | 75,143.23 | 100.0000 | 0.00 | 0.00 | 0.00 | 12,523.87 | 12,523.87 |
| 370 | Conveyor | 2/19/2018 | SL / N/A | 5.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 583.33 | 583.33 |
| 372 | IFS Inline Lidder / Overcapper System | 2/16/2018 | SL / N/A | 5.0000 | 23,624.36 | 100.0000 | 0.00 | 0.00 | 0.00 | 3,937.39 | 3,937.39 |
| 373 | 4 x Table Top Scales | 4/1/2018 | SL / N/A | 5.0000 | 8,525.13 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,278.77 | 1,278.77 |
| 374 | High Shear Mixer w/o Mobile Lift | 11/5/2018 | SL / N/A | 5.0000 | 11,962.70 | 100.0000 | 0.00 | 0.00 | 0.00 | 398.76 | 398.76 |
| 375 | 12 Gallon Steam Kettle | 4/11/2018 | SL / N/A | 5.0000 | 15,786.74 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,368.01 | 2,368.01 |
| 376 | E3000G 30" Vaccum Sealer w Gas Purge + Filter | 4/27/2018 | SL / N/A | 5.0000 | 3,005.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 400.67 | 400.67 |
| 380 | Chefs Toys for R & D Kitchen | 4/4/2018 | SL / N/A | 5.0000 | 1,634.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 245.10 | 245.10 |
| 381 | Alliance Low Level Water Cripper Rinser w A & E Ionizer | 5/2/2018 | SL / N/A | 5.0000 | 17,940.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,392.00 | 2,392.00 |
| 385 | J H Day 80ft Mixer Powder & Sine/Watson Marlow MR135 Pump 84890901 | 7/1/2018 | SL / N/A | 5.0000 | 108,142.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 10,814.20 | 10,814.20 |
| 386 | All-Fill VF110-HDX Vibratory Filler | 10/1/2018 | SL / N/A | 5.0000 | 383,880.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 19,194.00 | 19,194.00 |
| 387 | Shipping Crates built by Maverick Construction | 5/6/2018 | SL / N/A | 5.0000 | 1,330.85 | 100.0000 | 0.00 | 0.00 | 0.00 | 177.45 | 177.45 |
| 388 | NEW Sewer Drain Machine | 7/2/2018 | SL / N/A | 5.0000 | 1,650.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 165.00 | 165.00 |
| 389 | Install new 5HP Condensing Unit | 7/20/2018 | SL / N/A | 5.0000 | 7,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 625.00 | 625.00 |
| 390 | Installed Upright Teardrop, Beam Teardrop and Wire Deck | 7/1/2018 | SL / N/A | 5.0000 | 5,726.43 | 100.0000 | 0.00 | 0.00 | 0.00 | 572.65 | 572.65 |
| 393 | XMT-1500 MAP/Gas Flush w add'l set of square tooling | 6/13/2018 | SL / N/A | 5.0000 | 12,376.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,443.87 | 1,443.87 |
| 394 | All-Fill VF110-HDX Vibratory Filler Additional Feeder | 6/18/2018 | SL / N/A | 5.0000 | 38,250.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 3,825.00 | 3,825.00 |
| 399 | 2 x Hitachi RX2-S160W Small Character Ink Jet Printers | 6/4/2018 | SL / N/A | 5.0000 | 17,510.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,042.83 | 2,042.83 |
| 407 | Welder | 8/1/2018 | SL / N/A | 5.0000 | 6,149.40 | 100.0000 | 0.00 | 0.00 | 0.00 | 512.45 | 512.45 |
| 408 | 2002 Crown 3500 lb. fork lift | 8/9/2018 | SL / N/A | 5.0000 | 1,633.28 | 100.0000 | 0.00 | 0.00 | 0.00 | 136.11 | 136.11 |
| 409 | 2004 Crown 3400 lb. fork lift | 8/9/2018 | SL / N/A | 5.0000 | 1,633.28 | 100.0000 | 0.00 | 0.00 | 0.00 | 136.11 | 136.11 |

Page 10 of 12

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Machinery and Equipment** | | | | | | | | | | | | |
| 410 | | 2009 Crown 4500 lb. Elec. Jack | 8/9/2018 | SL / N/A | 5.0000 | 816.65 | 100.0000 | 0.00 | 0.00 | 0.00 | 68.05 | 68.05 |
| 411 | | 2010 YUASA 36v Battery Charger | 8/9/2018 | SL / N/A | 5.0000 | 98.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 8.17 | 8.17 |
| 412 | | Crown Manuel Pallet jacks 5000lb. | 8/9/2018 | SL / N/A | 5.0000 | 49.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 4.08 | 4.08 |
| 413 | | Cousins Pallet Wrapper | 8/9/2018 | SL / N/A | 5.0000 | 653.32 | 100.0000 | 0.00 | 0.00 | 0.00 | 54.44 | 54.44 |
| 414 | | 4-5 ft. Gravity Roller Conveyor | 8/9/2018 | SL / N/A | 5.0000 | 130.66 | 100.0000 | 0.00 | 0.00 | 0.00 | 10.89 | 10.89 |
| 415 | | 2-10 ft. Gravity Roller Conveyor | 8/9/2018 | SL / N/A | 5.0000 | 81.69 | 100.0000 | 0.00 | 0.00 | 0.00 | 6.81 | 6.81 |
| 416 | | Racking 4000 lbs. plus decking | 8/9/2018 | SL / N/A | 5.0000 | 17,966.22 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,497.18 | 1,497.18 |
| 417 | | Mesh Decking | 8/9/2018 | SL / N/A | 5.0000 | 10,134.58 | 100.0000 | 0.00 | 0.00 | 0.00 | 844.55 | 844.55 |
| 418 | | Load Beams | 8/9/2018 | SL / N/A | 5.0000 | 12,047.17 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,003.93 | 1,003.93 |

SCHEDULE 2.1 ASSETS

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 419 | | Urschel Comitrol 1700 Processor | 8/7/2018 | SL / N/A | 5.0000 | 4,756.24 | 100.0000 | 0.00 | 0.00 | 0.00 | 396.35 | 396.35 |
| 420 | | 2 x SGP-60 Piston Filler Hopper Size + SGP Series Single Head Buna/Nitrite Seal | 8/10/2018 | SL / N/A | 5.0000 | 7,649.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 637.42 | 637.42 |
| 421 | | 4 x Conveyors | 8/9/2018 | SL / N/A | 5.0000 | 3,850.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 320.83 | 320.83 |
| 422 | | 2 x Tumble Drums w Electrical Controls & Programming | 9/10/2018 | SL / N/A | 5.0000 | 140,361.48 | 100.0000 | 0.00 | 0.00 | 0.00 | 9,357.43 | 9,357.43 |
| 424 | | 94 x Drain Box 18x26x5 | 8/10/2018 | SL / N/A | 5.0000 | 2,187.73 | 100.0000 | 0.00 | 0.00 | 0.00 | 182.31 | 182.31 |
| 425 | | Perma-San 310 Gallon Stainless Tank | 8/27/2018 | SL / N/A | 5.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 166.67 | 166.67 |
| 426 | | Metal Cutting Bandsaw | 8/29/2018 | SL / N/A | 5.0000 | 1,070.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 71.33 | 71.33 |
| 427 | | 3 x Pico Scales | 8/30/2018 | SL / N/A | 5.0000 | 3,640.11 | 100.0000 | 0.00 | 0.00 | 0.00 | 242.67 | 242.67 |
| 432 | | AIR002 Invoice 0100296-IN | 8/30/2018 | SL / N/A | 5.0000 | 10,067.17 | 100.0000 | 0.00 | 0.00 | 0.00 | 671.14 | 671.14 |
| 434 | | Freezer Condensing Unit, 2 x Cooler Condensing Units, 2 x Process Room Condensin | 9/10/2018 | SL / N/A | 5.0000 | 231,679.80 | 100.0000 | 0.00 | 0.00 | 0.00 | 15,445.32 | 15,445.32 |
| 435 | | 4.5" Bottle Conveyor + Double 7.5" Bottle Conveyor | 9/12/2018 | SL / N/A | 5.0000 | 25,123.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,674.87 | 1,674.87 |
| 440 | | LDX-SS-RTE Uniform Case Sealing Machine | 10/1/2018 | SL / N/A | 5.0000 | 10,800.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 540.00 | 540.00 |
| 441 | | Elmar - Filler Nozzles | 10/24/2018 | SL / N/A | 5.0000 | 1,516.82 | 100.0000 | 0.00 | 0.00 | 0.00 | 50.56 | 50.56 |
| 446 | | 4 x Apera Instruments PH60S Premium Food pH Pocket Testers | 10/16/2018 | SL / N/A | 5.0000 | 786.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 39.30 | 39.30 |
| 450 | | Cleveland Equipment - TG-1000 15 gallon Piston Filler w Seal Kit | 10/11/2018 | SL / N/A | 5.0000 | 4,027.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 201.35 | 201.35 |
| 452 | | Millipore - RCS High Flow Touch Air Sampler | 10/11/2018 | SL / N/A | 5.0000 | 5,900.24 | 100.0000 | 0.00 | 0.00 | 0.00 | 295.01 | 295.01 |
| 459 | | Ace Mart - 100 18 x 26 Food Boxes + 100 18 x 26 x 9 Food Boxes + 18 x 27 SS Cart | 10/4/2018 | SL / N/A | 5.0000 | 5,250.11 | 100.0000 | 0.00 | 0.00 | 0.00 | 262.51 | 262.51 |
| 460 | | Ace Mart - 3 18 x 27 500lbs SS Carts + 80 18 x 26 Food Boxes | 10/3/2018 | SL / N/A | 5.0000 | 2,119.50 | 100.0000 | 0.00 | 0.00 | 0.00 | 105.98 | 105.98 |
| 462 | | 6 x Regency 30" x 72" 16-Gauge 304 Stainless Steel Commercial Work Table | 10/4/2018 | SL / N/A | 5.0000 | 1,813.01 | 100.0000 | 0.00 | 0.00 | 0.00 | 90.65 | 90.65 |
| 463 | | 4 x Regency 30" x 96" 16-Gauge 304 Stainless Steel Commercial Work Table | 10/4/2018 | SL / N/A | 5.0000 | 1,574.65 | 100.0000 | 0.00 | 0.00 | 0.00 | 78.73 | 78.73 |
| 464 | | 8 Gallon Hopper & 15 Gallon Hopper for Piston Filler | 10/26/2018 | SL / N/A | 5.0000 | 1,050.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 35.00 | 35.00 |
| 466 | | Urschel | 11/30/2018 | SL / N/A | 5.0000 | 21,884.31 | 100.0000 | 0.00 | 0.00 | 0.00 | 364.74 | 364.74 |
| 467 | | Silverson Batch Mixer | 11/13/2018 | SL / N/A | 5.0000 | 2,639.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 87.97 | 87.97 |
| 468 | | Boot Washer | 11/30/2018 | SL / N/A | 5.0000 | 3,497.29 | 100.0000 | 0.00 | 0.00 | 0.00 | 58.29 | 58.29 |
| 469 | | Robot Hand Mixer | 11/30/2018 | SL / N/A | 5.0000 | 1,658.45 | 100.0000 | 0.00 | 0.00 | 0.00 | 27.64 | 27.64 |
| 471 | | High Shear Mixer | 11/19/2018 | SL / N/A | 5.0000 | 49,356.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 822.60 | 822.60 |
| 474 | | Controller | 12/19/2018 | SL / N/A | 5.0000 | 3,648.82 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 479 | | Ion Air Rinser | 12/1/2018 | SL / N/A | 5.0000 | 13,250.95 | 100.0000 | 0.00 | 0.00 | 0.00 | 220.85 | 220.85 |
| 480 | | Silverson Emulsifier | 11/7/2018 | SL / N/A | 5.0000 | 3,675.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 122.50 | 122.50 |
| 481 | | 2 x Meat Grinders | 12/5/2018 | SL / N/A | 5.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 83.33 | 83.33 |
| 482 | | 2 x Condensing Unit, Trenton, TVS022M8-HT-4B-A | 12/31/2018 | SL / N/A | 5.0000 | 37,612.07 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 483 | | Condensing Unit, Trenton, TVS030M8-HT-4B-A | 12/31/2018 | SL / N/A | 5.0000 | 23,862.70 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 485 | | Milling Machine | 12/5/2018 | SL / N/A | 5.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| **Subtotal: Machinery and Equipment** | | | | | | **6,051,783.56** | | **0.00** | **0.00** | **811,311.42** | **974,488.15** | **1,785,799.57** |
| **Less dispositions and exchanges:** | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

---

46-0596190
01/01/2018 - 12/31/2018

Frankie V's Kitchen LLC [FRANK-001]
Depreciation Expense

4/9/2019
8:20:40 AM

Sorted: General - category

Financial

01/01/2018 - 12/31/2018

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net for: Machinery and Equipment** | | | | | | **6,051,783.56** | | **0.00** | **0.00** | **811,311.42** | **974,488.15** | **1,785,799.57** |
| **Software** | | | | | | | | | | | | |
| 3 | | Software | 10/31/2012 | SL / N/A | 3.0000 | 208.00 | 100.0000 | 0.00 | 0.00 | 208.00 | 0.00 | 208.00 |
| 9 | | Culinary Software | 11/27/2015 | SL / N/A | 3.0000 | 6,195.45 | 100.0000 | 0.00 | 0.00 | 4,302.40 | 1,893.05 | 6,195.45 |
| 17 | | Genesis Software R&D food product bundle | 4/1/2017 | SL / N/A | 3.0000 | 16,994.00 | 100.0000 | 0.00 | 0.00 | 4,248.50 | 5,664.67 | 9,913.17 |
| 18 | | Software LV Gold 3 user | 4/1/2017 | SL / N/A | 3.0000 | 1,059.77 | 100.0000 | 0.00 | 0.00 | 264.95 | 353.26 | 618.21 |
| 204 | | Adobe Acrobat Pro + Creative Cloud | 3/18/2016 | SL / N/A | 3.0000 | 206.67 | 100.0000 | 0.00 | 0.00 | 120.56 | 68.89 | 189.45 |
| 209 | | Culinary software | 11/8/2016 | SL / N/A | 3.0000 | 3,915.00 | 100.0000 | 0.00 | 0.00 | 1,522.50 | 1,305.00 | 2,827.50 |
| 229 | | TraceAll Enterprise Software | 5/6/2016 | SL / N/A | 3.0000 | 6,140.00 | 100.0000 | 0.00 | 0.00 | 3,411.12 | 2,046.67 | 5,457.79 |
| 243 | | Sweetware Software | 3/24/2016 | SL / N/A | 3.0000 | 399.00 | 100.0000 | 0.00 | 0.00 | 232.75 | 133.00 | 365.75 |
| 250 | | Dropbox | 3/21/2016 | SL / N/A | 3.0000 | 159.90 | 100.0000 | 0.00 | 0.00 | 93.28 | 53.30 | 146.58 |
| 283 | | Software | 6/15/2018 | SL / N/A | 3.0000 | 6,999.00 | 100.0000 | 0.00 | 0.00 | 3,693.92 | 2,333.00 | 6,026.92 |

**SCHEDULE 2.1 ASSETS**

| 363 | MKT Tool for AccountMate | 7/24/2018 | SL / N/A | 3.0000 | 405.94 | 100.0000 | 0.00 | 0.00 | 0.00 | 101.48 | 101.48 |
| 365 | eMaintenance Software | 3/29/2018 | SL / N/A | 3.0000 | 4,335.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,083.75 | 1,083.75 |
| 369 | AccountMate setup and training | 1/25/2018 | SL / N/A | 3.0000 | 5,412.50 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,653.82 | 1,653.82 |
| 377 | Project Management Software | 4/25/2018 | SL / N/A | 3.0000 | 3,476.02 | 100.0000 | 0.00 | 0.00 | 0.00 | 772.45 | 772.45 |

| **Subtotal: Software** | | | | | 55,906.25 | | **0.00** | 0.00 | 18,097.98 | 17,462.34 | 35,560.32 |
| **Less dispositions and exchanges:** | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Software** | | | | | 55,906.25 | | **0.00** | 0.00 | 18,097.98 | 17,462.34 | 35,560.32 |

| **Subtotal:** | | | | | 7,715,943.55 | | **0.00** | 0.00 | 891,980.97 | 1,105,212.45 | 1,997,193.42 |
| **Less dispositions and exchanges:** | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Grand Totals:** | | | | | 7,715,943.55 | | **0.00** | 0.00 | 891,980.97 | 1,105,212.45 | 1,997,193.42 |

Schedule 2.1(e)

1.     A certain industrial building lease dated the 28th day of March, 2017 ("Date of Lease") entered into by and between FRANKIE SPECIALTY FOODS, LLC, a Texas limited liability company ("Tenant"), whose guarantor is Frankie V's Kitchen, LLC and CI DAL III-V, LLC, a Delaware limited liability company ("Landlord") that covers approximately 69,047 Rentable Square Feet composed of three (3) suites on Switzer Ave, Dallas, Texas, containing approximately 26,830 Rentable Square Feet of space in Suite 11035 ("Suite 11035"), 23,250 Rentable Square Feet of space in Suite 11025 ("Suite 11025"), and 18,967 Rentable Square Feet of space in Suite 11033 ("Suite 11033").

2.     A certain industrial sublease made and entered into on the 20th day of June, 2018, by and between CENTURION MEDICAL PRODUCTS CORPORATION, a Michigan corporation ("Sublandlord") and FRANKIE V'S KITCHEN, LLC, a Texas limited liability company ("Subtenant"). Said sublease was made pursuant to the Prime Lease, and covers the portion of the building commonly known as 11029 Switzer Road, Dallas, Texas which compromises an area of 23,600 square feet.

(collectively, the "**Lease**")

If Purchaser shall elect, in its sole discretion, to have the Lease (or any portion thereof) assigned to Purchaser, then the relevant assignment document shall be executed by the Debtor and by the appropriate Debtor affiliate.

<u>EXHIBIT A</u>

<u>NOTICE OF TERMINATION OF EMPLOYMENT</u>

To:          ___[name of employee]___

       Pursuant to this Notice of Termination, your employment with Frankie V's Kitchen, LLC, is hereby terminated, effective at the close of business on July ___, 2019.


_____
Frankie V's Kitchen, LLC
By:
Its: